Plastic Bag Containing 22 Caliber Rifle Shells

State's Exhibit No. 9 - Evidence

Testimony of Mike Mordecai


    To Be Forwarded Upon Request

47                          Mordecai/DE

(COURT REPORTER MARKS PLASTIC BAG CONTAINING
PARKER PENCIL IN BOX AS STATE'S EXHIBIT NO. 10 IN
EVIDENCE)

Plastic Bag Containing Parker Pencil in Box

State's Exhibit No. 10 - Evidence

Testimony of Mike Mordecai

To Be Forwarded Upon Request

48                          MORDECAI/DE

(COURT REPORTER MARKS ELECTRIC BLANKET AS STATE'S
EXHIBIT NO. 11 IN EVIDENCE)

Electric Blanket

State's Exhibit No. 11 – Evidence

Testimony of Mike Mordecai


To Be Forwarded Upon Request

49                                    MORDECAI/DE

(COURT REPORTER MARKS ELECTRIC BLANKET AS STATE'S
EXHIBIT NO. 12 IN EVIDENCE)

Fabric Blanket

State's Exhibit No. 12 – Evidence

Testimony of Mike Mordecai

To Be Forwarded Upon Request

50                              Mordecai/DE

(COURT REPORTER MARKS ROLL OF POSTAGE STAMPS AS
STATE'S EXHIBIT NO. 13 IN EVIDENCE)

Bill of Postage Stamps

State's Exhibit No. 13 - Evidence

Testimony of Mike Mordecai

To Be Forwarded Upon Request

MIKE, AFTER YOU RECOVERED THESE ITEMS ALONG WITH OTHER ITEMS WERE THESE PARTICULAR ITEMS SHOWN TO THE RELATIVES OF MRS. LELA PATTERSON?

YES, THEY WERE.

AND WHAT WERE THE NAMES OF THE PEOPLE THEY WERE SHOWN TO?

MRS. JANE ANDERSON, AND CINDY ANDERSON; TROY PATTERSON.

AFTER YOU OBTAINED THE SEARCH WARRANT AND EXECUTED THIS PARTICULAR SEARCH WARRANT AT THE RESIDENCE OF MACK ARTHUR KING WAS HE THEN LATER TALKED TO AGAIN AT A LATER DATE?

YES, SIR, THE SAME DAY.

I'LL ASK YOU WHETHER OR NOT ANY OTHER SEARCH WARRANTS WERE ISSUED BY ANY JUDGES OR ANY LAW ENFORCEMENT OFFICERS ON THAT SAME DAY OR THE FOLLOWING DAY?

YES, SIR, THEY WERE.

DID YOU ASSIST IN THE EXECUTION OF ANOTHER SEARCH WARRANT FOR THAT SAME RESIDENCE ON THAT PARTICULAR DAY?

YES, SIR, I DID.

AND WERE CERTAIN ITEMS SEIZED AT THE RESIDENCE OF MACK ARTHUR KING AT THAT TIME?

YES, SIR, THEY WAS.

MR. HOWARD:

MAY I APPROACH THE WITNESS AGAIN, YOUR HONOR?

THE COURT:

YOU MAY.

I'M GOING TO HAND YOU ANOTHER DOCUMENT AND I'D ASK YOU IF YOU WOULD TO TELL THE COURT AND THE LADIES AND GENTLEMEN OF THE JURY WHETHER OR NOT YOU CAN IDENTIFY THAT DOCUMENT?

(WITNESS EXAMINES DOCUMENT)  YES, SIR.

AND WHAT IS THAT DOCUMENT?

IT'S A SEARCH WARRANT FOR THE RESIDENCE OF MACK ARTHUR KING.

AND WAS THAT WARRANT ALSO ISSUED ON THE SAME DAY IMMEDIATELY FOLLOWING THE ISSUANCE OF THAT OTHER WARRANT?

YES, SIR.

WHY WAS THE SECOND WARRANT ISSUED FOR HIS RESIDENCE, LIKE?

WE HAD TALKED WITH HIS GIRLFRIEND, BARBARA JORDAN.

WHOSE GIRLFRIEND?

MACK ARTHUR KING'S GIRLFRIEND.

AND WHERE WAS SHE TALKED TO?

AT THE SHERIFF'S OFFICE.

DO YOU KNOW WHETHER OR NOT BARBARA JORDAN LIVED WITH THE DEFENDANT, MACK ARTHUR KING?

YES, SIR, SHE DID.

AFTER YOU TALKED TO BARBARA JORDAN WAS THIS SEARCH WARRANT OBTAINED AGAIN?

YES, SIR.

AND WAS IT EXECUTED?

YES, SIR, IT WAS.

WERE YOU ONE OF THE OFFICERS THAT EXECUTED THIS SEARCH WARRANT?

YES, SIR, I WAS.

MR. HOWARD:

YOUR HONOR, WE'D TENDER THIS WARRANT AS AN EXHIBIT TO THIS WITNESS'S TESTIMONY AT THIS TIME.

THE COURT:

LET IT BE RECEIVED AND MARKED INTO EVIDENCE.

53                          MORDECAI/DE

(COURT REPORTER MARKS SEARCH WARRANT AS STATE'S
EXHIBIT NO. 14 IN EVIDENCE)

SEARCH WARRANT

STATE OF MISSISSIPPI            )

COUNTY OF LOWNDES            )

TO ANY OFFICER IN___LOWNDES_____COUNTY, MISSISSIPPI:

WHEREAS, _STEVEN W. HARRIMAN, DEPUTY SHERIFF OF LOWNDES COUNTY MISSISSIPPI_

_____ _____ and _____ (have) (has) made

affidavit before me that (they) (he).

1. (Have) (Has) good reason to believe and (do)(does) believe; that, certain things hereafter described are now being concealed in or about the following place in the City of___COLUMBUS'_____ Mississippi:
A DWELLING HOUSE LOCATED AT RT#8, BOX 132, DISTRICT #3, LOWNDES' COUNTY MISSISSIPPI. THE HOUSE IS A SHINGLE CONSTRUCTION WITH BLUE AND WHITE SHINGLES ON THE FRONT, TWO FRONT DOORS ONE WITH "THE KING PAD" WRITTEN ON IT, THE OTHER WITH "LOVE POWER" WRITTEN ON IT. TRAVEL HWY. 69 SOUTH TO OLD PICKENSVILLE RD. TURN RIGHT ONTO OLD PICKENSVILLE RD. AND TRAVEL TO FRISCO ROAD. TURN RIGHT ONTO FRISCO ROAD AND TRAVEL TO DRIVEWAY WITH RED MAIL BOX BESIDE IT MARKED WITH M. KING RT#8 BOX 132. HOUSE IS AT END OF THIS DRIVEWAY.

together with all approaches and appurtenances thereto.

2. That the place described above is occupied and controlled by:
MACK ARTHER KING
3. That said things are particulary described as follows:
ONE .22 CALIBER SINGLE SHOT RIFLE
ONE .410 GA. BOLT ACTION SHOTGUN
TWO LADIES NECLACES
ONE SET OF SILVERWARE
LADIES COLOGNE
ONE PINK BED SHEET.

4. That (possession of the above described things is in itself unlawful) (or the public has a primary interest in, or primary right to possession of, the above described things), in that said things are:
FRUITS OF THE CRIME OF CAPITAL MURDER AND INSTRUMENTS USED IN THE COMMISSION OF SAID CRIME WHICH IS IN VIOLATION OF THE MISSISSIPPI CODE OF 1972 ANNOTATED AND AMMENDED SECTION 97-3-19 PARAGRAPH 2 SUBSECTION e.

against the peace and dignity of the State of Mississippi.

5. This Court, having examined and considered said affidavit, and also having heard and considered evidence in support thereof from the affiants named therein does find that probable cause for the issuance of a search warrant does exist. THEREFORE, you are hereby commanded to proceed at any time in the day or night to the place described above and to search forthwith said place for the things specified above, making known to the person or persons occupying or controlling said place, if any, your authority and purpose for so doing, before making a search or forcible entry prior to said search, and if the things specified above be found there to seize them, leaving a copy of this warrant and a receipt for the things taken; and bring the things seized before this Court Instanter; and prepare a written inventory of the items seized, and have then and there this writ, with your proceedings noted thereon.



STATE'S EXHIBIT #2 EVIDENCE

not interpret this writ as limiting your authority to seize all contraband and things the possession of which in itself is unlawful which you find incident to your search, or as limiting your authority to make otherwise valid arrests at the place described above.

Witness my hand this, the _____6_____ day of _____Aug._____ 19 80

_____Judge James M. Glenn_____
Police Justice and Ex Officio
Justice of the Peace,
_____Tchula_____, Mississippi

## RETURN

I received this warrant on the _____6th_____ day of _____August_____,

19 80, and have executed it as follows:

On the _____6th_____ day of _____August_____, 1980, at _____6:35 P.M.,

I searched the place described in said warrant and I left a copy of the warrant with _____Barbara_____

_____Jordan_____, the person occupying and controlling said place, together with a receipt for the items seized.

The following is an inventory of the things taken pursuant to the warrant:

one red & silver ladies scarf          One 2 oz bottle AVON Brocade Cologne MIST.
one red ladies scarf                   One ronson liquette lighter (SILVER)
one aqua colored scarf (Ladies)        4 WINTHROP STAINLESS TEASPOONS
one blown ladies scarf                 6 WINTHROP STAINLESS DINNER FORKS
one pink bed sheet                     2 CARLTON STAINLESS TABLESPOONS
one AVON jewelry box containing 2 ladies necklaces  3 STAINLESS CASE KNIVES
    yellow gold in color                            ONE (1) PLASTIC TABLESPOON,
One 2 oz bottle Christian Dior Eau De Cologne       ONE BLUE LADIES SCARF

This inventory was made in the presence of _____Ray Shiner_____,

and _____Mike Mordicai_____

I swear that this Inventory is a true and detailed account of all the things taken by me on the warrant.

_____[signature]_____

Subscribed and sworn to and returned before this the _____7_____ day of _____Aug_____, 19 80

_____Judge James M. Glenn_____
Official Title

SEARCH W

STATE OF MISSISSIPPI }
COUNTY OF LOWNDES }

TO ANY OFFICER IN __LOWNDES_____ C

WHEREAS, _STEVEN W. HARRIMAN, DEPUTY._

_____, and _

_____

affidavit before me that (they) (he):

1. (Have) (Has) good reason to believe and (do)(does) be
   being concealed in or about the following place in the
   A DWELLING HOUSE LOCATED AT RT#8, BO?
   MISSISSIPPI. THE HOUSE IS A SHINGLE (
   SHINGLES ON THE FRONT, TWO FRONT DOO?
   ON IT, THE OTHER WITH "LOVE POWER" WI
   TO OLD PICKENSVILLE RD. TURN RIGHT OI
   TO FRISCO ROAD. TURN RIGHT ONTO FRIS(
   RED MAIL BOX BESIDE IT MARKED WITH M.
   OF THIS DRIVEWAY.

   together with all approaches and appurtenances there

2. That the place described above is occupied and cont
   MACK ARTHER KING
3. That said things are particulary described as follow?
   ONE .22 CALIBER SINGLE SHOT RIFLE
   ONE .410 GA. BOLT ACTION SHOTGUN
   TWO LADIES NECLACES
   ONE SET OF SILVERWARE
   LADIES COLOGNE
   ONE PINK BED SHEET

not interpret this writ as limiting your authority to seize all contraband and things
nich in itself is unlawful which you find incident to your search, or as limiting your
otherwise valid arrests at the place described above.

Witness my hand this, the ___6___ day of _Aug._

Police Justice and Ex Officio
Justice of the Peace,

State's Exhibit No. 14 - Evidence /s/KHB  12-4-80

103

MIKE, YOU TESTIFIED THAT MACK ARTHUR KING WAS --NO HE WAS HOME AT THE RESIDENCE OF MACK ARTHUR KING WHEN IT WAS SEARCHED THE FIRST TIME, IS THAT CORRECT?

YES, SIR, THAT'S CORRECT.

WHEN WAS MACK ARTHUR KING APPREHENDED AND WHERE?

IMMEDIATELY FOLLOWING THE EXECUTION OF THE SEARCH WARRANT HE ARRIVED HOME.

ARRIVED WHERE?

AT HIS HOUSE --RESIDENCE.

AND THAT RESIDENCE BEING WHERE?

IT'S ON FRISCO ROAD, ROUTE 8, BOX 132, COLUMBUS.

WAS HE PLACED IN CUSTODY AT THAT TIME?

YES, HE WAS.

WHO ELSE WAS WITH HIM AT THAT TIME?

HIS GIRLFRIEND, BARBARA JORDAN.

AFTER YOU HAD INTERVIEWED BARBARA JORDAN, IS THAT WHEN THE SECOND WARRANT MARKED STATE'S EXHIBIT 7 IN EVIDENCE WAS EXECUTED ON THE RESIDENCE OF MACK ARTHUR KING?

YES, SIR.

I'M GOING TO HAND YOU A BOX OF ITEMS, MIKE, AND I'LL ASK IF YOU WILL TO LOOK AT EACH SINGLE ONE OF THOSE ITEMS CONTAINED IN THAT PARTICULAR BOX.

(WITNESS EXAMINES ITEMS IN BOX)

CAN YOU IDENTIFY EACH AND EVERY ONE OF THE SINGLE ITEMS IN THAT PARTICULAR BOX?

YES, SIR, I CAN.

AND WHERE WERE THESE ITEMS TAKEN AND SEIZED?

AT MACK ARTHUR KING'S RESIDENCE.

WAS THAT PURSUANT TO THE SEARCH WARRANT WHICH HAS BEEN MARKED AS STATE'S EXHIBIT 7 IN EVIDENCE HERE?

YES, SIR.

MR. HOWARD:

YOUR HONOR, WE'D ASK THAT THESE BE MARKED AS AN EXHIBIT TO THIS WITNESS'S TESTIMONY AT THIS TIME.

THE COURT:

ANY OBJECTION?

MR. SAMS:

ARE THEY BEING --MAY IT PLEASE THE COURT, ARE THEY BEING MARKED FOR IDENTIFICATION OR ARE THEY BEING OFFERED INTO EVIDENCE?

MR. HOWARD:

I OFFER IT AS EVIDENCE, BUT I'LL MARK THEM FOR IDENTIFICATION AND TIE IT UP LATER IF YOU WISH, MR. SAMS.

MR. SAMS:

YES, I DO.

MR. HOWARD:

WE'D TENDER THEM AS AN EXHIBIT --COMPOSITE EXHIBIT TO THIS WITNESS'S TESTIMONY, YOUR HONOR, FOR IDENTIFICATION PURPOSES.

THE COURT:

ALL RIGHT, LET THE BOX BE RECEIVED AND MARKED FOR IDENTIFICATION.

(COURT REPORTER MARKS BOX CONTAINING NUMEROUS ITEMS AS STATE'S EXHIBIT NO. 15 FOR IDENTIFICATION)

Box Containing Numerous Items

State's Exhibit No. 15 - Identification

Testimony of Mike Mordecai


See Page No. _136_

MIKE, I AM GOING TO HAND YOU ANOTHER SERIES OF PAPER OR PLASTIC BAGS --BAGGIES WITH ITEMS CONTAINED THEREIN, AND ASK YOU TO LOOK AT EACH ONE OF THOSE, AND TELL THE LADIES AND GENTLEMEN WHETHER YOU CAN IDENTIFY THOSE?

(WITNESS EXAMINES ITEMS) YES, SIR, I CAN.

AND WHERE DID YOU COME INTO CONTACT OR RECEIVE THOSE ITEMS?

FROM BARBARA JORDAN.

AND ON WHAT DATE?

8/6/80.

DO EACH ONE OF THOSE ITEMS APPEAR TO BE IN SUBSTANTIALLY THE SAME SHAPE AS THEY WERE WHEN YOU RECEIVED THEM ON AUGUST THE 8TH OF 1980?

YES, SIR, THEY DO.

I'LL ASK YOU THE SAME QUESTION ABOUT WHAT'S BEEN MARKED AS STATE'S EXHIBIT 15 FOR IDENTIFICATION, THE ITEMS YOU JUST EXAMINED A FEW MINUTES, DO EACH ONE OF THOSE APPEAR TO BE OR DID THEY APPEAR TO BE IN SUBSTANTIALLY THE SAME SHAPE AS WHEN YOU RECEIVED THEM --

YES, SIR.

--AT THE RESIDENCE OF MACK ARTHUR KING PURSUANT TO THE SEARCH WARRANT?

YES, SIR.

M. HOWARD:

YOUR HONOR, WE'D ASK THAT THESE ITEMS WHICH IS A SERIES OF FIVE ITEMS IN PLASTIC BAGS BE MARKED AS A COMPOSITE EXHIBIT FOR IDENTIFICATION PURPOSES TO THIS WITNESS'S TESTIMONY.

THE COURT:

LET THEM BE RECEIVED AND MARKED.

(COURT REPORTER MARKS FIVE PLASTIC BAGS CONTAINING ITEMS AS STATE'S EXHIBIT NO. 16 FOR IDENTIFICATION)

Re: Plastic Bags Containing Items

State's Exhibit No.16 - Identification

Testimony of Mike Mordecai

See Page No. _____133_____

MIKE, AFTER THESE ITEMS WERE RECOVERED FROM BARBARA JORDAN, AND THE OTHER ITEMS RECOVERED AT THE RESIDENCE OF MACK ARTHUR KING, DID YOU AND RAY GRINER AGAIN SPEAK WITH MACK ARTHUR KING CONCERNING THIS INCIDENT?

YES, SIR.

WAS THAT PRIOR TO OR AFTER SOME OF THE ITEMS THAT YOU HAD RECOVERED HAD BEEN IDENTIFIED BY THE FAMILY OF LELA PATTERSON?

AFTER THEY HAD BEEN IDENTIFIED.

AND DID YOU QUESTION HIM AGAIN CONCERNING HIS WHEREABOUTS AND WHAT HE HAD DONE ON AUGUST THE 2ND IN THE LATE EVENING HOURS, AND THE EARLY MORNING HOURS OF AUGUST THE 3RD?

YES, SIR, WE DID.

DID YOU OR OFFICER GRINER AGAIN ADVISE THE DEFENDANT OF HIS CONSTITUTIONAL RIGHTS?

YES, SIR.

MR. HOWARD:

MAY I APPROACH THE WITNESS AGAIN, YOUR HONOR?

THE COURT:

YOU MAY.

MIKE, I'M GOING TO HAND YOU A ONE PAGE DOCUMENT AND I'LL ASK IF YOU'LL TELL THE LADIES AND GENTLEMEN OF THE JURY WHETHER OR NOT YOU CAN IDENTIFY THAT?

(WITNESS EXAMINES DOCUMENT) YES, SIR, I CAN.

AND WHAT IS THAT?

IT'S A RIGHTS FORM AND A WAIVER OF RIGHTS FORM.

IS THAT --DO THERE ANY SIGNATURES APPEAR ON THAT?

YES, SIR.

WHOSE SIGNATURE?

MACK ARTHUR KING'S, MYSELF, AND OFFICER RAY GRINER.

DID MACK ARTHUR KING SIGN THAT IN YOUR PRESENCE,

MD IN THE PRESENCE OF RAY GRINER?

YES, HE DID.

DID YOU OR ANYONE ELSE IN YOUR PRESENCE MAKE ANY OFFERS, PROMISES, HOPES OF REWARD, INDUCEMENTS, THREATS, OR COERCION TO OR TOWARD THE DEFENDANT, MACK ARTHUR KING, TO GET HIM TO EXECUTE THAT DOCUMENT?

NO, SIR. .

MR. HOWARD:

YOUR HONOR, WE TENDER THIS AS AN EXHIBIT TO THIS WITNESS'S TESTIMONY AT THIS TIME.

THE COURT:

ARE YOU TENDERING IT AS EVIDENCE OR FOR IDENTIFICATION?

MR. HOWARD:

FOR IDENTIFICATION; I BEG YOUR PARDON, YOUR HONOR.

THE COURT:

LET IT BE RECEIVED AND MARKED FOR IDENTIFICATION.

(COURT REPORTER MARKS WAIVER OF RIGHTS FORM AS
STATE'S EXHIBIT NO. 17 FOR IDENTIFICATION)

Waiver of Rights Form

States's Exhibit No. 17 - Identification

Testimony of Mike Mordecai

See Page No. _175_

AFTER THE EXECUTION OF THAT WAIVER OF RIGHTS FORM BY THE DEFENDANT, DID YOU AND DETECTIVE GRINER QUESTION MACK ARTHUR KING AGAIN CONCERNING HIS POSSIBLE INVOLVEMENT IN THIS CRIME?

YES, SIR, WE DID.

DID YOU OBTAIN A WRITTEN STATEMENT FROM HIM AT THAT TIME?

YES, SIR, WE DID.

WAS THAT STATEMENT THE SAME AS THE OTHER STATEMENT THAT YOU OBTAINED FROM HIM?

NO, SIR, IT WAS NOT.

I'LL HAND YOU A FIVE PAGE WRITTEN DOCUMENT, AND I'LL ASK YOU TO LOOK AT THAT, MIKE, AND TELL THE COURT AND THE LADIES AND GENTLEMEN OF THE JURY WHETHER OR NOT YOU CAN IDENTIFY THAT?

(WITNESS EXAMINES DOCUMENT)  YES, SIR, I CAN.

AND WHAT IS THAT FIVE PAGE DOCUMENT?

IT'S A STATEMENT OF MACK ARTHUR KING.

WHEN WAS THAT TAKEN?

8/7/80.

AND THE PREVIOUS ONE WAS TAKEN ON 8/6/80 I BELIEVE?

YES, SIR.

DID THIS STATEMENT THAT WAS TAKEN THEN, WAS THAT TAKEN IN THE PRESENCE OF YOURSELF AND OFFICER RAY GRINER?

YES, SIR.

AND WHO GAVE YOU THAT STATEMENT?

MACK ARTHUR KING.

AND DOES MACK ARTHUR KING'S SIGNATURE APPEAR THROUGHOUT THAT STATEMENT?

YES, SIR, IT DOES.

AND WHO ELSE SIGNATURE'S APPEAR ON THAT DOCUMENT?

60                           MORDECAI/DE

OFFICER RAY GRINER AND MYSELF.

DID THIS STATEMENT DIFFER SUBSTANTIALLY FROM THE
OTHER STATEMENT YOU HAD TAKEN FROM HIM?

YES, SIR, IT DID.

MR. HOWARD:

YOUR HONOR, I'D TENDER THIS AS AN EXHIBIT FOR
IDENTIFICATION PURPOSES ONLY. I HAVE SOME OTHER QUESTIONS
THAT I'LL ASK HIM AS SOON AS I GET IT MARKED.

THE COURT:

LET IT BE RECEIVED AND MARKED FOR IDENTIFICATION.

(COURT REPORTER MARKS STATEMENT DATED 8/7/89 AS
STATE'S EXHIBIT NO. 18 FOR IDENTIFICATION)

...atement dated 8-7-80

...te's Exhibit No. 18 - Identification

...stimony of Mike Mordecai

See Page No. _176 - 182_

_114_

61                                    MORDECAI/DE

I'LL ASK YOU IF YOU WOULD NOW TO LOOK AT WHAT'S BEEN MARKED AS STATE'S EXHIBIT 18 FOR IDENTIFICATION, MIKE, AND TELL THE COURT AND THE LADIES AND GENTLEMEN OF THE JURY WHETHER YOU OR ANYONE ELSE IN YOUR PRESENCE MADE ANY THREATS, COERCION, OFFERS OR PROMISES OR HOPES OF REWARD TO THE DEFENDANT, MACK ARTHUR KING, TO GET HIM TO EXECUTE THAT DOCUMENT?

A     NO, SIR, WE DID NOT.

Q     AFTER YOU HAD RECOVERED THESE ITEMS THAT'S BEEN MARKED AS IDENTIFICATION AND OBTAINED THE SECOND STATEMENT FROM MACK ARTHUR KING WAS ANOTHER SEARCH INSTITUTED, MIKE?

A     YES, SIR, THERE WAS.

Q     AND WHO PARTICIPATED IN THAT PARTICULAR SEARCH?

A     RAY GRINER AND MYSELF.

Q     AND WAS A WARRANT ISSUED FOR THAT PARTICULAR SEARCH?

A     NO, SIR.

Q     AND HOW WAS THAT PARTICULAR SEARCH CONDUCTED?

A     MACK ARTHUR KING SIGNED A PERMISSION TO SEARCH.

Q     THAT WAS AFTER HE HAD GIVEN YOU THE SECOND STATEMENT?

A     YES, SIR.

MR. HOWARD:

     MAY I APPROACH THE WITNESS, YOUR HONOR?

THE COURT:

     YOU MAY.

Q     MIKE, I'M GOING TO HAND YOU ANOTHER SINGLE PAGE DOCUMENT, AND ASK IF YOU WILL TELL THE COURT AND THE LADIES AND GENTLEMEN OF THE JURY WHETHER YOU CAN IDENTIFY THAT ONE?

A     (WITNESS EXAMINES DOCUMENT)  YES, SIR, I CAN.

Q     AND WHAT IS THAT?

A     IT'S A PERMISSION TO SEARCH.

SIGNED BY WHOM?

MACK ARTHUR KING, MYSELF AND RAY GRINER.

HAS THAT AFTER YOU HAD SHOWN SOME PARTICULAR ITEMS

TO, AND OBTAINED THE SECOND STATEMENT FROM MACK ARTHUR KING?

YES, SIR.

AND WHO EXECUTED THAT PERMISSION TO SEARCH FORM?

RAY GRINER AND MYSELF.

MR. HOWARD:

YOUR HONOR, WE'D TENDER THIS AS AN EXHIBIT TO THIS

WITNESS'S TESTIMONY AT THIS TIME.

THE COURT:

LET'S SEE IT JUST A MINUTE.

(COURT EXAMINES DOCUMENT)

THE COURT:

ALL RIGHT, LET IT BE RECEIVED AND MARKED.

(COURT REPORTER MARKS PERMISSION TO SEARCH AS
STATE'S EXHIBIT NO. 19 IN EVIDENCE)

116



SHERIFF
LOWNDES COUNTY

LOUIS W. HARPER, SR., SHERIFF
COLUMBUS, MISSISSIPPI 39701
PHONE 328-0781

### PERMISSION TO SEARCH

THE UNDERSIGNED, RESIDING AT _Rt. 8 Box 132, Columbus, MS._ DOES HEREBY

VOLUNTARILY AUTHORIZE _Ray Harris_ AND _J. M. Mordicai_

WHO I KNOW TO BE OFFICERS OF THE LOWNDES COUNTY SHERIFF'S DEPARTMENT, AND OTHER

OFFICERS HE MAY DESIGNATE TO ASSIST HIM, TO SEARCH MY RESIDENCE (OR OTHER REAL

PROPERTY) LOCATED AT _Rt. 8 Box 132, Columbus, MS. on_

_Frisco Road_

AND/OR MY MOTOR VEHICLE, NAMELY MY __not applicable__
(YEAR)                          (MAKE)

BEARING LICENSE PLATE NUMBER __N/A__ OF THE STATE OF _N/A_

PRESENTLY LOCATED OR PARKED AT __N/A__

AND I FURTHER AUTHORIZE SAID OFFICERS TO REMOVE FROM MY RESIDENCE, REAL ESTATE

AND/OR MOTOR VEHICLE, WHATEVER DOCUMENTS, OR ITEMS OF PROPERTY WHATSOEVER WHICH

THEY DEEM PERTINENT TO THEIR INVESTIGATION, WITH THE UNDERSTANDING THAT SAID

OFFICERS WILL GIVE ME A RECEIPT FOR WHATEVER IS REMOVED.

I AM GIVING THIS WRITTEN PERMISSION TO THESE OFFICERS FREELY AND VOLUNTARILY,

WITHOUT ANY THREATS OR PROMISES HAVING BEEN MADE, AND AFTER HAVING BEEN INFORMED

BY SAID OFFICER THAT I HAVE A RIGHT TO REFUSE THIS SEARCH AND/OR SEIZURE.

_Jimmie arther rice_
SIGNATURE

WITNESS: _Ray Harris_

WITNESS: _J. M. Mordicai_

DATE: _8/7/80_ ,19__. TIME: _2:56 A.M._

STATE'S
EXHIBIT,
EVIDENCE
KHO #6716

State's Exhibit No. 19 - Evidence /s/KHB  12-4-80

_117_

63                               MORDECAI/DE

THE COURT: ALL RIGHT, WE'LL TAKE A SHORT RECESS; THE BAILIFF
WILL SHOW THE JURY INTO THE JURY ROOM.

(JURY OUT)

THE COURT: COURT WILL BE IN RECESS UNTIL 2:15. YOU BE BACK
ON THE STAND AT THAT TIME, MR. MORDECAI.

(RECESS)

FOLLOWING A SHORT RECESS, THE JURY RETURNED TO THE
COURTROOM, AND ALL MEMBERS OF THE COURT, INCLUDING THE JUDGE,
COURT REPORTER, ATTORNEYS, CLERK, BAILIFFS, AND THE DEFENDANT
BEING PRESENT, THE FOLLOWING PROCEEDINGS WERE HAD:

(JURY IN)

EXAMINATION OF MR. MORDECAI BY MR. HOWARD CONTINUES)

MIKE, I BELIEVE --MIKE, I'M GOING TO HAND YOU
AGAIN WHAT'S BEEN MARKED AS STATE'S EXHIBIT 19 IN EVIDENCE,
AND I BELIEVE THAT'S THE PERMISSION OR CONSENT TO SEARCH
SIGNED BY MACK ARTHUR KING, IS THAT CORRECT?

YES, SIR, IT IS.

AND WHO WAS THAT WITNESSED BY?

RAY GRINER AND MYSELF.

ALL RIGHT, DID YOU OR ANYONE ELSE IN YOUR PRESENCE
OFFER ANY --OR MAKE ANY THREATS, PROMISES, OFFERS OR HOPES OF
REWARD OR INDUCEMENTS TO GET MACK ARTHUR KING TO SIGN THIS
PERMISSION TO SEARCH OR CONSENT TO SEARCH FORM?

NO, SIR, WE DIDN'T.

WAS A SEARCH CONDUCTED --THE THIRD SEARCH CONDUCTED
AFTER --AFTER THE OTHER TWO SEARCHES AND OTHER ITEMS THAT
YOU'VE TESTIFIED ABOUT RECOVERED?

64                                    MORDECAI/DE

YES, SIR.

AND WHERE WAS THIS SEARCH CONDUCTED; WHAT LOCATION?

AT ROUTE 8, BOX 132, COLUMBUS.

WOULD YOU TELL THE LADIES AND GENTLEMEN OF THE JURY EXACTLY WHERE THIS SEARCH WAS CONDUCTED AT THAT ADDRESS?

IT WAS IN THE WOODS TO THE SIDE OF MACK ARTHUR KING'S HOUSE.

AND HOW FAR FROM HIS RESIDENCE WAS THIS SEARCH CONDUCTED?

FIFTEEN OR TWENTY YARDS.

AND WERE YOU PRESENT WHEN THE SEARCH WAS CONDUCTED?

YES, SIR, I WAS.

WERE CERTAIN ITEMS RETRIEVED PURSUANT TO THAT SEARCH?

YES, SIR, THEY WERE.

WHY WAS YOUR ATTENTION DIRECTED TO THAT PARTICULAR AREA SURROUNDING THE HOUSE --RESIDENCE OF MACK ARTHUR KING?

MACK ARTHUR KING TOLD US WHERE THESE ITEMS WERE.

MIKE, I WILL ASK YOU WHETHER OR NOT ANY ITEMS WERE RECOVERED OR LOCATED IN THE WOODS ABOUT FIFTEEN YARDS FROM MACK ARTHUR KING'S RESIDENCE?

PARDON?

WERE ANY ITEMS RECOVERED OR SEIZED BY YOU ABOUT FIFTEEN YARDS FROM MACK ARTHUR KING'S RESIDENCE?

YES, SIR, THEY WERE.

AND WHERE DID YOU FIND OR HOW DID YOU COME TO FIND THESE PARTICULAR ITEMS?

HE TOLD US THE APPROXIMATE LOCATION WHERE THEY WERE.

WERE THEY ENCLOSED IN ANYTHING?

YES, SIR.

AND WHAT WAS THAT?

A WHITE CLOTH --THAT CLOTH THERE IN THE BOX.

I'M GOING TO HAND YOU A BOX AND ASK YOU IF YOU WOULD TO LOOK AT THE CLOTH AND THE ITEMS CONTAINED IN THAT BOX INDIVIDUALLY, ONE BY BY, AND TELL THE COURT AND THE LADIES AND GENTLEMEN OF THE JURY WHETHER OR NOT YOU CAN IDENTIFY BOTH THE BLANKET OR THE WHITE CLOTH AND THOSE ITEMS IN THE BOX?

(WITNESS EXAMINES BOX AND CONTENTS) YES, SIR, I CAN.

AND WHAT ARE THOSE ITEMS?

SEVERAL MISCELLANEOUS JEWELRY AND THOSE TWO WEAPONS.

OKAY, AND I --THEN I'LL HAND YOU TWO WEAPONS, AND ASK YOU WHETHER OR NOT YOU CAN IDENTIFY THESE WEAPONS?

(WITNESS EXAMINES TWO WEAPONS HANDED TO HIM) YES.

AND WHERE WERE ALL THESE --WERE ALL OF THESE ITEMS RECOVERED FROM THAT LOCATION YOU'VE JUST TESTIFIED ABOUT NEAR THE --

YES, SIR.

--RESIDENCE OF MACK ARTHUR KING?

YES, SIR, THEY WERE.

MR. HOWARD:

YOUR HONOR, WE'D ASK THAT THESE BE MARKED --THE TWO WEAPONS BE MARKED INDIVIDUALLY FOR IDENTIFICATION, AND THE BOX CONTAINING THE ASSORTED JEWELRY MARKED AS A COMPOSITE EXHIBIT TO THIS WITNESS'S TESTIMONY FOR IDENTIFICATION PURPOSES.

THE COURT:

ALL RIGHT, LET THEM BE RECEIVED AND MARKED FOR IDENTIFICATION.

66                          MORDECAI/DE

(COURT REPORTER MARKS GUN AS STATE'S EXHIBIT NO. 20
FOR IDENTIFICATION)

Gun

State's Exhibit No. 20 - Identification

Testimony of Mike Mordecai

See Page No. __140__

67                                    MORDECAI/DE

(COURT REPORTER MARKS GUN AS STATE'S EXHIBIT NO. 21
FOR IDENTIFICATION)

State's Exhibit No. 21 - Identification

Testimony of Mike Mordecai

See Page ___142___

68                    MORDECAI/DE

(COURT REPORTER MARKS BOX CONTAINING ASSORTED
ITEMS AS STATE'S EXHIBIT NO. 22 FOR
IDENTIFICATION)

Box Containing Assorted Items

State's Exhibit No. 22 - Identification

Testimony of Mike Mordecai

See Page No. 144

MIKE, AFTER YOU RECOVERED WHAT'S BEEN MARKED NOW STATE'S EXHIBIT 20 AND 21 FOR IDENTIFICATION AND 23 FOR IDENTIFICATION AS A COMPOSITE EXHIBIT, WHAT WAS DONE WITH THESE ITEMS?

THEY WERE TRANSPORTED TO THE SHERIFF'S OFFICE.

MIKE, I'M GOING TO HAND YOU A PAPER SACK CONTAINING A GRAY METAL BOX, AND I'LL ASK IF YOU WILL LOOK AT THAT AND TELL THE COURT AND THE LADIES AND GENTLEMEN OF THE JURY WHETHER YOU CAN IDENTIFY THAT?

(WITNESS REMOVES BOX FROM SACK)  YES, SIR, I CAN.

AND WHAT IS THAT ITEM?

IT'S A GRAY METAL BOX FOUND AT THE HOME OF LELA PATTERSON.

AND WHERE AT THE HOME OF LELA PATTERSON WAS THAT FOUND?

IT WAS FOUND IN THE HALLWAY NEXT TO THE FREEZER.

AND WHAT WAS DONE WITH THAT ITEM AFTER IT WAS FOUND?

IT WAS TRANSPORTED TO THE SHERIFF'S OFFICE, AND RELEASED TO JESSE MOORE WITH THE MISSISSIPPI CRIME LAB FOR PROCESSING.

THAT'S WHEN HE CAME UP HERE THAT DATE, AND IT WAS TURNED OVER TO HIM?

YES, SIR, IT WAS.

OKAY, DID IT APPEAR TO BE IN SUBSTANTIALLY THE SAME SHAPE AS IT WAS WHEN YOU FOUND IT OTHER THAN THE MARKINGS AND THE FINGERPRINT IMPRESSIONS ON IT?

YES, SIR, IT DOES.

MR. HOWARD:

YOUR HONOR, WE'D ASK THAT THIS BE MARKED FOR

70                                    MORDECAI/DE

IDENTIFICATION PURPOSES AT THIS TIME.

THE COURT:

LET IT BE RECEIVED AND MARKED FOR IDENTIFICATION.

(COURT REPORTER MARKS PAPER BAG CONTAINING GRAY
METAL BOX AS STATE'S EXHIBIT NO. 23 FOR
IDENTIFICATION)

Paper Sack Containing Green Metal Box

State's Exhibit No. 23 - Identification

Testimony of Mike Mordecai

See Page No. _255_

71.                                              MORDECAI/DE

Q          MIKE, I'M GOING TO HAND YOU ANOTHER BOX CONTAINING VARIOUS MANILA FOLDERS AND LOOSE LEAF FOLDERS AND FILE DIVIDERS, AND I'LL ASK IF YOU WILL TELL THE LADIES AND GENTLEMEN OF THE JURY WHETHER YOU CAN IDENTIFY THE CONTENTS OF THAT BOX?

A          (WITNESS EXAMINES BOX AND CONTENTS)  YES, SIR, I CAN.

Q          AND WHAT IS THE CONTENTS OF THAT PARTICULAR BOX, MIKE?

A          ASSORTED ITEMS, MANILA FOLDERS, PAPERS TAKEN FROM THE HOME OF LELA PATTERSON.

Q          AND WHAT WAS DONE WITH THESE ITEMS AFTER THEY WERE TAKEN FROM THE RESIDENCE OF LELA PATTERSON?

A          THEY WERE TRANSPORTED TO THE SHERIFF'S OFFICE AND RELEASED TO JESSE MOORE WITH THE MISSISSIPPI CRIME LAB.

Q          AND HAVE THEY REMAINED THERE TO THE BEST OF YOUR KNOWLEDGE UNTIL RETURNED TO THE SHERIFF'S OFFICE?

A          YES, SIR, THEY HAVE.

MR. HOWARD:

          YOUR HONOR, WE'D ASK THAT THIS BE MARKED AS AN EXHIBIT FOR IDENTIFICATION PURPOSES.

THE COURT:

          LET IT BE RECEIVED AND MARKED FOR IDENTIFICATION.


          (COURT REPORTER MARKS BOX CONTAINING PAPERS,
          MANILA FOLDERS, ETC., AS STATE'S EXHIBIT NO. 24
          FOR IDENTIFICATION)