AN INTERVIEW BEING CONDUCTED AT THE LOWNDES COUNTY SHERIFF DEPARTMENT
BETWEEN DETECTIVES GRINER AND MORDECAI AND BARBARA JORDAN
THIS THE ~~EIGHT~~ DAY OF AUGUST  1980.  TIME: 4:04 P.M.
      Sixth

THOSE PRESENT: DETECTIVE RAY GRINER, DETECTIVE MIKE MORDECAI
                   INVESTIGATOR FOR MISSISSIPPI HIGHWAY PATROL
                   BOBBY PEARSON, BARBARA JORDON AND BABY SON

| | |
|---|---|
| Ray Griner | Are you married to Mack Arthur King? |
| Barbara | I live with him |
| Ray Griner | How much education did you have |
| Barbara | |
| Ray Griner | You have the right to remain silent, anything you say can be used against you in court. You have the right to talk to a lawyer for advise before we ask you any questions. |
| | |
| Ray G. | You have given me permission to look into your purse is that correct? |
| Barbara | Yes |
| Ray G. | There are certain items in your purse that may be related to this crime and I want to ask you about them. Where you got them and how you came by them. I want to ask you where you were Saturday night, you know, things like this? Are you willing to answer those questions for me, or some questions for me? |
| Barbara | Yes |
| Ray G. | O.K. now you understand your rights? |
| Barbara | Yes I do |
| Ray G. | O.K. |
| Ray G. | Now I am showing you a form here that has your rights on it and at the bottom of this form is a waiver of rights you see it in the fine print down here. This waiver of rights says I have read this statement of my rights and I understand what my rights are and I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing, no promises and threats have been made to me and no pressure of coercion of any kind has been used against me. Do you understand what that means? |
| Barbara | Yes, I understand |
| Ray G. | It simply means that you are not being forced, you are answering questions of your own free will |
| Barbara | Yes |
| Ray G. | O.K., sign your name by that x |

+ *Barbara Jordan*
*Ray Griner*   *M Mordecai*

| | |
|---|---|
| Ray G. | O.K. Barbara, what is your address? |
| Barbara | Route 8 .......Box...... |
| Ray G. | Route 8 Box what |
| Barbara | Box 132  thats where I am living now |
| Ray G | Box 132, Columbus |
| Barbara | Yes |
| Ray G. | You are how old |
| Barbara | 24 |
| Ray G. | What's your date of birth? |
| Barbara | eleventh month, twenty fourth day in 61 |
| Ray G. | Your social security number do you know it by heart? |
| Barbara | No |
| Ray G. | O.K. thats O.K. we will find that out later. Barbara you have been advised of your rights and you understand what they are, is that correct? |
| Barbara | That is correct |
| Ray G. | O.K. Do you know one Mack Arthur King? |
| Barbara | Just one |
| Ray G. | Do you know a Mack Arthur King? |
| Barbara | No..Yes...uh |
| Ray G. | Do you know a Mack Arthur King? |
| Barbara | Yes I do |
| Ray G. | You do know him, O.K., I want you to speak up louder so this tape recorder can pick up what you say. You did advise that you do know one Mack Arthur King? |
| Barbara | Yes I do |
| Ray G. | Who is Mack Arthur King? What relation are you to him? |
| Barbara | No, I just live with him |
| Ray G. | You live with him, so you are his girl friend? |
| Barbara | Yes that's right |
| Ray G. | Would you call it his lover or what have you, I mean you live with him like a man and wife live together is that correct? |
| Barbara | Yes I do |
| Ray G. | O.K., and how long have you been living with Mack Arthur King? |
| Barbara | About three months now. |
| Ray G. | O.K. these items to begin with that I am going to ask you about, you gave us permission a while ago, did you not to voluntarily search your purse. |
| Barbara | I don't understand. |
| Ray G. | O.K. awhile ago did you give me and these officers permission to search your purse awhile ago? |
| Barbara | You talking about while we was in there? |
| Ray G. | We are talking about while we were in the other room. |
| Barbara | You ask me if it would be all right and I said yes. |
| Ray G. | You did give us permission awhile ago,to look through your purse. |
| Barbara | Yes I did |
| Ray G. | O.K. and in this purse we found particular items that we are interested in. We found a gold Papermate ink pin which we have now placed in a plastic bag. Now where did you get this ink pin? |
| Barbara | From Mack. |
| Ray G. | From who? |
| Barbara | From Mack. |

LCSD-000013

Barbara Jordan
Ray Gunn  MMordecai

| | |
|---|---|
| Ray G. | Mack who? |
| Barbara | Mack King |
| Ray G. | When did you get it from him? |
| Barbara | He gave it to me this morning. |
| Ray G. | And where were you at when he gave you this pin? |
| Barbara | At home |
| Ray G. | Alright,you are talking about at Route 8 Box 132, where we picked Mack up awhile ago. |
| Barbara | Yes |
| Ray G. | O.K., what did he tell you about this pin? |
| Barbara | He did not tell me any thing about it. He just gave it to me Said that he had something for me, and gave it to me. |
| Ray G. | Did you ask him where he got it? |
| Barbara | Yes |
| Ray G. | What did he say ? |
| Barbara | He did not tell me. |
| Ray G. | Did he tell you that I am not going to tell or what did he say he just would not tell you or what? |
| Barbara | No he just laughed and would not tell me. |
| Ray G. | He just laughed about it. |
| Barbara | He just kinda smiled. He did not tell me. |
| Ray G. | Did you have any idea where he got it? |
| Barbara | No I did not. |
| Ray G. | O.K., I show you another plastic bag containing a 1955 coin marked a lifetime of good luck to dad. This coin kinda resembles a half dollar. Is that correct? |
| Barbara | Yes |
| Ray G. | Can you tell me where you got this coin that I am showing you? |
| Barbara | From Mack Arthur King. |
| Ray G. | From Mack Arthur King. When did you get it from him? |
| Barbara | He gave it to me yesterday. |
| Ray Griner | What time yesterday ? |
| Barbara | I don't really know what time, |
| Ray Griner | At approximately what time |
| Barbara | I would say... it was probably,was about after ten, yesterday |
| Ray Griner | After ten, was it before noon? |
| Barbara | Yes |
| Ray Griner | O.K. and what did he say about this coin |
| Barbara | He just said "Here is you a good luck charm." |
| Ray G. | Did you ask him where he got it? |
| Barbara | No |
| Ray G | Did he tell you where he got it? |
| Barbara | No |
| Ray G. | He just handed it to you and said "This is a good luck charm." |
| Barbara | And he told me to put it in my purse, and I put it in there |
| Ray G. | O.K., Did you know where this coin came from other than Mack Arthur King? |
| Barbara | No I don't |
| Ray G. | I show you another plastic bag that has a little knife in it. A small knife with pearl type handles attached to a chain. Have you ever seen that knife before? |
| Barbara | No, not until he gave it to me. |
| Ray G. | Alright where did you get the knife? |
| Barbara | From him, |

LCSD-000014

| | |
|---|---|
| Ray Griner | From him, who? |
| Barbara | Mack Arthur King |
| Ray G. | And when did you get this knife from him? |
| Barbara | That was yesterday too. |
| Ray G. | What time yesterday? |
| Barbara | It was after twelve |
| Ray G. | Alright how did you come by it? |
| Barbara | He had it, he got it out of his pocket and he ask me, I mean he told me to look, and I looked at it. And I said Mack, where you got that from, and then he told me not to ask me where I got that from and so he gave it to me. |
| Ray G. | O.K. But he told you not to ask where he got that from. |
| Barbara | Yes he did... He said you can have it if you want it. |
| Ray G. | O.K. and this was after twelve, this was after dinner time yesterday. |
| Barbara | yes, approximately |
| Ray G. | O.K. I show you some keys here, a key ring with two keys. Now do you know about these keys here. Whose keys are these? |
| Barbara | This one is the door key to the house |
| Ray G. | O.K. |
| Barbara | And he put the door key on this and gave it to me |
| Ray G. | This other key, where does it go |
| Barbara | I don't know, he put it on there |
| Ray G. | When did he put it on there? |
| Barbara | Yesterday |
| Ray G. | He put it on there yesterday. O.K. So you got this key from Mack Arthur King |
| Barbara | Yes I did |
| Ray G. | They belong to him |
| Barbara | Yes |
| Ray G. | O.K., Alright now, yesterday when he was pulling all of this stuff out of his pockets and giving them to you. Did you see any thing else that he came up with. |
| Barbara | He had some rifles |
| Ray G. | He had some rifles. Alright, do you know where these rifles are at right now? |
| Barbara | I saw where he put them. I don't know if he moved them or not. But I saw where he put them. |
| Ray G. | Where did he put them? |
| Barbara | He put them in the closet, you know where the chimney is |
| Ray G | Yes |
| Barbara | In the closet, right up in the top...of the.... |
| Ray G. | In the attic |
| Barbara | Yes |
| Ray G. | O.K. and when did he put those rifles in the attic? |
| Barbara | That was Monday |
| Ray G. | Monday? What time Monday? |
| Barbara | Let me see, it had to have been after twelve sometime, because he went to the Welfare office Monday too, and it was after twelve. |
| Ray G. | Who took you to the Welfare office Monday? |
| Barbara | Ms. Brown, that lady what you know, |
| Ray G. | That lady that brought you home a while ago? |
| Barbara | Yes |
| Ray G. | O.K., When was the first time that you saw the rifles? |

LCSD-000015

| | |
|---|---|
| Barbara | It was Monday |
| Ray G. | It was Monday, Alright, Where were you at the first time that you laid eyes on them. |
| Barbara | Well we had just got back home, and I went to the kitchen to.. |
| Ray G. | You had got back home from where? |
| Barbara | The Welfare Office. |
| Ray G. | Who had got back home from the Welfare Office |
| Barbara | We did. |
| Ray G. | We who? |
| Barbara | He went with us |
| Ray G. | You,Ms. Brown, your baby and Mack Arthur |
| Barbara | Yes |
| Ray G. | O.K. |
| Barbara | And I went to the kitchen to wash the dishes |
| Ray G. | O.K. |
| Barbara | And when I came back he had one and he was shooting outside and I ask him, I said Mack where did you get that from, just like that, |
| Ray G. | Un hun |
| Barbara | And he never did answer, he just kept on shooting, and I said that I was scared, and I ran back to the kitchen and got my baby and I was real scared, he kept on shooting and would not say anything, and so yesterday morning I started asking him a lot of questions. I ask him, I said Mack, I says are you in any trouble are anything like that, and he started arguing with me. You know everything I ask him, he get real mad. |
| Ray G. | And what would he say? |
| Barbara | He would say "Don't ask me no questions." |
| Ray G. | O.K. |
| Barbara | Cause I am not going to answer. |
| Ray G. | O.K., keep talking and go ahead and tell me about it. |
| Barbara | And uh, I just kept on asking, and I said Mack I am real worried, and I started to cry, and I told him that I was real worried, and I got my baby in my arms, and I started to leave but I came back and I set down for a while, I just couldn't keep from crying for nothing. I knew that something had happened, but I didn't know what. |
| Ray G. | Alright now, when was this? |
| Barbara | This was yesterday |
| Ray G. | O.K. at what time |
| Barbara | It was after twelve |
| Ray G. | After you came back from the Welfare Office? |
| Barbara | No, it was Monday when we went to the Welfare Office, yesterday when I started asking him questions. |
| Ray G. | O.K. |
| Barbara | I was washing |
| Ray G. | O.K....Alright....When you say yesterday, you are talking about the 5th of August, today is the 6th, you are talking about the 5th of August, O.K. now, what else occurred yesterday? When you began to ask him questions and he started getting upset and mad and telling you not to ask him questions. |
| Barbara | Oh I just cried for a while and he told me not to ask him any |

LCSD-000016

*JM Mordin*     *Barbara Jordan*     *Ray Gunin*

| | |
|---|---|
| Barbara | more questions. And yesterday he got ready and went over to his daddy's house and he brought his little neice back with him. And she spent the night over to his aunt's house and I was still worried, real worried last night and this morning. And when I got up this morning, I woke him up and I ask him, I said Mack, I say, there is something wrong I don't know what it is, but there is something wrong, and I have been real worried about something and I started to cry again...and I don't know what else that took place. |
| Ray G. | What |
| Barbara | I said that I don't know what else, I'm just so upset |
| Ray G. | Alright then, what did he say? |
| Barbara | He just told me not to, please don't ask him no questions Please don't ask me no questions. Just kept saying don't ask me no questions. |
| Ray G. | Alright now, Barbara  I want you to be truthful with me, and I don't want you to tell me no stories. I want you to be honest with me. Uh... If he has told you anything about what he has done, I want you to tell me. |
| Barbara | He didn't tell me. |
| Ray G. | Alright, I want to ask you this, Saturday night, do you remember last Saturday night,  was you with Mack Arthur Saturday night at any time? |
| Barbara | No I wasn't |
| Ray G. | Alright, where was you at Saturday night? |
| Barbara | Saturday night, me and my baby was at my sister's party. She gave her little girl a party. The party, we left around four something, me and my little boy and he said that he was going to walk over to his daddy's house. |
| Ray G. | What time was this, now this is Saturday night, that would have been August the second, 1980. Alright now. Saturday night August 2,1980, when was you with Mack Arthur King? |
| Barbara | Saturday night |
| Ray G. | At approximately what time? |
| Barbara | After he got back? |
| Ray G. | Alright, was you with him Saturday? Do you remember Saturday afternoon? |
| Barbara | Yes, Saturday because we went over to my Mama's and picked the baby up. |
| Ray G. | What time? |
| Barbara | It was almost twelve when we went to pick the baby up. |
| Ray G. | Twelve, noon, Alright.. you were at your house out there where you live now? Is that correct? |
| Barbara | No we spent the night with his daddy. |
| Ray G. | Friday night |
| Barbara | Friday night |
| Ray G. | Alright Friday night, you and Mack Arthur spent the night with his daddy. |
| Barbara | Yes, so we could get a ride into town. |
| Ray G. | O.K., alright, go on from Friday night, when you got a ride to town Saturday morning. |
| Barbara | Friday night we spent the night over to his father's house |
| Ray G. | Alright you are talking about August 1,1980 |
| Barbara | Unhun  alright Saturday morning he got up real early and he he left and he went to get a man his name is T. Jones |
| Ray G. | T.Jones |

LCSD-000017

Ray Glinn   JM Morseau   Barbara Jordan

| | |
|---|---|
| Barbara | Yes, he went to get him to bring us to town so I could get my baby |
| Ray G. | O.K. |
| Barbara | So we could go shopping and we went and picked the baby up and went shopping |
| Ray G. | This was Saturday morning |
| Barbara | Saturday morning |
| Ray G. | August 2, O.K. go ahead |
| Barbara | After we got through shopping we came on back to the house |
| Ray G. | And what time did you get home Saturday morning |
| Barbara | Saturday evening about....let me see,.... around 3:00 something, approximately |
| Ray G. | Alright around 3:00 P.M. Saturday evening, you got home from town. You and who else was with you? |
| Barbara | Me and Mack and the baby and the man that brought us home. |
| Ray G. | And T. ..... |
| Barbara | T. Jones |
| Ray G. | T.Jones, O.K. Alright, Now, then what happened when you got home Saturday evening? |
| Barbara | We got home, I gave the baby a bath, and I took a bath, and we got dressed |
| Ray G. | Un huh |
| Barbara | And we left and walked... |
| Ray G. | Who left? |
| Barbara | Me and the baby, we left, he left before we did, |
| Ray G. | Who left before you did? |
| Barbara | Mack Arthur King |
| Ray G. | How did he leave? |
| Barbara | He walked |
| Ray G. | Alright, Did he go by his self |
| Barbara | Yes he did |
| Ray G. | Where did T.Jones go |
| Barbara | He left after he put us out. He left and went home |
| Ray G. | And went home |
| Barbara | I guess so |
| Ray G. | Alright, but Mack Arthur didn't leave with T.Jones Saturday evening. |
| Barbara | No |
| Ray G. | Alright, so Saturday evening approximately what...3:00 or 4:00 o'clock wasn't it |
| Barbara | yes |
| Ray G. | That's when ever Mack Arthur left |
| Barbara | He left just ahead, before we did |
| Ray G. | O.K., alright now, so you went ahead and got ready |
| Barbara | Yea and got the baby ready |
| Ray G. | And got the baby ready. What time did you leave home |
| Barbara | It was approximately ....about ten after four |
| Ray G. | And alright, and where did you go when you left |
| Barbara | I went over to his sister's house, at his father's house |

LCSD-000018

| | |
|---|---|
| Barbara | that's where she lives |
| Ray G. | O.K. to Mack Arthur's father's house, |
| Barbara | Yea, cause she said that she was going to have a party for the kids, |
| Ray G | O.K |
| Barbara | And we left and went over there, we walked |
| Ray G. | Just you and the kids |
| Barbara | Me and the baby |
| Ray G. | And Mack Arthur had arlready left |
| Barbara | Yes, he had already left |
| Ray G. | And you didn't know where he had went |
| Barbara | No, he just left out, he didn't even tell me where he went |
| Ray G. | What was he wearing when he left? Talk louder now |
| Barbara | Uh...Mack had on that yellow shirt and those green pants |
| Ray G. | The same thing that he is wearing today? |
| Barbara | Yea, Mack had that on |
| Ray G. | You sure about that? |
| Barbara | No...I don't....he got two yellow shirts in short sleeve |
| Ray G. | Alright, I want you to be sure, if you are not sure tell me you are not sure, if you are just thinking you know,O.K. |
| Barbara | O.K. well I think that was those same pants, I know Mack had on a yellow shirt and those green, but he got two yellow shirts |
| Ray G. | O.K. |
| Barbara | two short sleeve yellow shirts and I am not sure, but I think that is what he had on |
| Ray G. | O.K. Alright now that's when he left the house Saturday evening |
| Barbara | Yes |
| Ray G. | He left the house walking, so you went on over to his sister's house |
| Barbara | We got dressed first |
| Ray G. | Yea after you got dressed you went over to his sister's house |
| Barbara | Well I walked over to his aunt's house, you know his aunt where the car is in the yard |
| Ray G. | Yea, that's next door to you |
| Barbara | Yea, next door to me, and I ask her if I could take the kids to the party, and his two cousins,they went, they walked with me and him |
| Ray G. | Alright, |
| Barbara | And we went on over there. We sat on the porch for a while and his brother in law, he drove us to the party |
| Ray G. | Whose brother in law |
| Barbara | Mack's |
| Ray G. | What's his name |
| Barbara | Sammy Reginell |
| Ray G. | Sammy Reginell |
| Barbara | Reginell |
| Ray G. | Alright, he drove you and your kids, and the cousins to a party |
| Barbara | To his mother's house |
| Ray G. | Alright, where is it located at |
| Barbara | Right down, not too far, right down the road from where they live. |
| Ray G. | From where Mack's sister lives? |
| Barbara | Yes |

LCSD-000019

| | |
|---|---|
| Ray G. | O.K.,now and what time did you get there? |
| Barbara | About 20 minutes till five. |
| Ray G. | At 20 minutes until five, alright, whose house was the party held at? Who owns the house? Who lives in the house? |
| Barbara | I don't know, I don't know their names, that was the first time going there |
| Ray G. | Alright, you don't know any of their names? |
| Barbara | No... |
| Ray G. | O.K. |
| Barbara | I just went there with them |
| Ray G. | When you got there, who was there? |
| Barbara | Well it was ... |
| Ray G. | The people that you knew, how many people were there at that party? |
| Barbara | Sammy's mother and his sisters and his brothers,and other little kids |
| Ray G. | Do you know their names? |
| Barbara | No, I know that he got a sister named Amanda |
| Ray G. | O.K. now, when you went to the party how long did you stay at this party? |
| Barbara | The party started at 6:30, we were there for awhile and the party started at 6:30 and the party ended after nine something. |
| Ray G. | Alright, now during this party at any time did you see Mack Arthur, did he come to the party |
| Barbara | No he didn't come to the party at all |
| Ray G. | Alright, so you stayed until the party was over at approximately 9:30 Saturday night. Is that correct? |
| Barbara | Yes |
| Ray G. | Then when the party was over, what did you do? |
| Barbara | Then we got in the car and her husband brought her home, she and her husband brought us home, and me and the baby went on inside |
| Ray G. | Alright now who is her husband? Who are you talking about? You don't know their names? |
| Barbara | Mack Arthur King's sister and her husband. |
| Ray G. | Alright, what is his sister's name, do you know? |
| Barbara | His sisters  name is Ethel Reginell |
| Ray G. | Ethel Reginell and her husband brought you and the kids home and you got to your house at what time Saturday night |
| Barbara | It was approximately about ...uh  about nine, could have been, might have been about twenty minutes till ten |
| Ray G. | O.K., alright when you got home, was Mack at home |
| Barbara | No, he wasn't |
| Ray G. | Was any one else at home? |
| Barbara | No |
| Ray G. | Alright when got home, what did you do? |
| Barbara | I unlocked the door and I went inside and I undressed the baby and put him in bed and then I got ready to go to bed. And I couldn't go to sleep, I was real worried cause you know, he don't stay away from me. You know, and that's what I really got worried about he always come in early. |
| Ray G. | Un hum |
| Barbara | And I was real worried I thought that something had happened to him, I was real worried...(baby wakes up)...can I keep a talking.. |
| Ray G. | Yes keep on talking |
| Barbara |  And when he got home, it was about two something |

LCSD-000020

| | |
|---|---|
| Ray G. | About two in the morning |
| Barbara | Approximately about two |
| Ray G. | That was Sunday morning, early Sunday morning, still dark outside |
| Barbara | It was still dark outside, I imagine it was about that time, I did not get up and look at my watch |
| Ray G. | Why do you think that it was about 2:00 o'clock |
| Barbara | Because it just look like, you know, I can just about tell Sometime I just slide the curtain back and look outside and I can just about estimate what time it is. |
| Ray G. | Uh hum, So it was on up in the early morning morning, it was after midnight when he came in, when Mack came in |
| Barbara | Yes |

Barbara's baby began to cry
The interview was stopped so that Ms. Abrams could take
the baby until the interview is finished

LCSD-000021

| | |
|---|---|
| Ray G. | It is now 25 minutes until five o'clock, O.K. this is a continuation of the interview between Detectives Griner Detective Mordecai, investigator Bobby Pearson has left the room. Present is Barbara Jordan, Ray Griner and Mike Mordecai, also Barbara, your son has also left the room with one of the female deputies that is taking care of him while we finish the interview. It is now 22 minutes before the hour of five o'clock on August the 6th,1980 Barbara we were talking about Saturday night, this past Saturday night, August 2,1980. Now you were telling me that you arrived home at approximately twenty minutes until 10 o'clock with Mack Arthur's sister and her husband who took you home. You went in and put the baby and you went to bed and at approximately you said, that around two A.M. Sunday morning August 3,1980, Mack Arthur King came home. Is that correct ? |
| Barbara | Yes sir |
| Ray G. | O.k., now I want you to speak a little louder so every thing can be picked up by the recorder. O.K. now when Mack came home, did you wake up, or... tell me what happened when he came home |
| Barbara | I dozed off and when he came home he just knocked on the door and he called me and I got up and I opened the door and I laid back down and I ask him where he had been |
| Ray G. | When you opened the door... |
| Barbara | I just turned right around and got back in the bed |
| Ray G. | Did you see anything in his hand? |
| Barbara | No I did not see anything in his hand |
| Ray G. | Do you remember what he was wearing at that time |
| Barbara | Yes he had on a yellow shirt and those green pants |
| Ray G. | O.K. when Mack came home that night you went and opened the door but you didn't see him with anything in his hand |
| Barbara | I didn't see him with anything in his hands, No I didn't |
| Ray G. | Alright did you pay any attention to what he was still wearing? Did he have the same clothes on as he had when he left? |
| Barbara | Yes, |
| Ray G. | O.K. then what happened |
| Barbara | Then I laid back down in the bed, and then he got the pillow, got his pillow and laid at the other end of the bed. And he kept on saying that he had to get up before day, he said that he was going to leave about 3:30 and I ask him why |
| Ray G. | 3:30 |
| Barbara | He said that he was going to leave the house at 3:30 going over to his Daddy's house |
| Ray G. | Before day light or is |
| Barbara | Yes |
| Ray G | Or is that in the afternoon |
| Barbara | 3:30 in the morning |
| Ray G. | In the morning, O.K.  while it was still dark outside |
| Barbara | Yes |
| Ray G. | This was Sunday morning, O.K. and you ask him why |
| Barbara | Yes |
| Ray G | What did he say? |
| Barbara | He said that he was going over to his father's house for a while |

LCSD-000022

| | |
|---|---|
| Ray G. | O.K. |
| Barbara | He slept for a while, he did not leave at 3:30 he left about 5:30 |
| Ray G. | Was it still dark outside? Did you wake up when he left? |
| Barbara | Well... I was real sleepy, |
| Ray G. | Un hun |
| Barbara | I just... you know... I didn't pull the curtain back and I didn't look out at all, when he left out the door he pulled the door to behind him, and he told me to lock the door and I locked the door and I just laid back down |
| Ray G. | O.K. Did you notice if it was still dark outside when he left? |
| Barbara | I believe so |
| Ray G. | Alright so he left at approximately 5:30, and then what happened |
| Barbara | And then....let me see....he came back...about.....I don't really know what time it was, but anyway it was.....oh goodness.....he left about 5:30 and when he got back it was day real good |
| Ray G. | O.K. |
| Barbara | So |
| | End of tape...... |
| Ray G. | This is a continuation of the interview being conducted between Detectives Mike Mordecai, and Ray Griner and Barbara Jordan on the 6th Day of August,1980. It is now twelve minutes until five o'clock. Now Barbara you have been advised of your rights, is that correct? |
| Barbara | Yes |
| Ray G. | You understand what your rights are? Is that correct? |
| Barbara | That is correct |
| Ray G. | And you are voluntarily giving us this statement is that correct? |
| Barbara | That is correct |
| Ray G. | O.K. now you was telling us before the tape ended on the other side that Mack left just before, well approximately 5:30 Sunday morning |
| Barbara | Yes |
| Ray G. | Told you that he was going to his father's house for awhile O.K., now he came back when it was good day light |
| Barbara | Yes |
| Ray G. | O.K., now what happened when he came back |
| Barbara | When he came back |
| Ray G. | This was on August 3,1980, that's Sunday morning and its good daylight out side |
| Barbara | Yes, when he came back he called me again |
| Ray G. | O.K. |
| Barbara | And well.. I didn't say any thing, he just sat on the porch |
| Ray G. | He just sat on the porch , What was he wearing |
| Barbara | He was wearing those green pants and that yellow shirt |
| Ray G. | O.K. |
| Barbara | And he sat on the porch, he didn't come in the house, and I was laying in the bed, and I never did get up,right then and I heard him talking to someone and after I got up, he was still on the porch and he came in the house, and I ask him who was he talking to, and he said that he was talking |

LCSD-000023

Ray Griner  M Mordecai  Barbara Jordan

| | |
|---|---|
| Barbara | to his uncle. |
| Ray G. | What's his uncle's name |
| Barbara | I don't know his real name, they call him Boot |
| Ray G. | Boot, O.K. |
| Barbara | And I got up and I washed the dishes |
| Ray G. | Alright when he was talking to Boot, did you hear anything he said in partictular to him |
| Barbara | No, I just heard them talking I could not hear what they were saying |
| Ray G. | O.K., you didn't know what they were talking about |
| Barbara | No  I didn't and I was real sleepy and so I couldn't go back to sleepy after I woke up good, and I just got on up and I washed the dishes and lets see, I saw him he had some, he brought some blankets in where I was and he showed them to me |
| Ray G. | What kind of blankets? |
| Barbara | Those blankets what you had in the back of the car |
| Ray G. | What kind are they? Did you see them? |
| Barbara | Yeah  I saw them, |
| Ray G. | Alright what kind are they? |
| Barbara | They was electric blankets |
| Ray G. | What color? |
| Barbara | I believe one of them was blue, and I believe the other one was yellow I believe |
| Ray G. | O.K. well any way you saw him bring two electic blankets in, this was Sunday morning . |
| Barbara | Yes |
| Ray G. | And where did he put these electric blankets? |
| Barbara | He put them in the back room, in the back room in there behind that curtain |
| Ray G. | O.K. alright then what happened, did he bring anything else in? |
| Barbara | Yes |
| Ray G. | What else did he bring |
| Barbara | He brought some cologne |
| Ray G. | Some cologne. What kind of cologne? |
| Barbara | Women Cologne |
| Ray G. | Women Cologne |
| Barbara | Yes, spray bottle |
| Ray G. | Alright, O.K. Barbara you say he brought some cologne in. Some women's cologne in. |
| Barbara | Yes |
| Ray G. | Do you remember what kind it was? |
| Barbara | uh......I believe it was made by Avon, I believe, I am not sure |
| Ray G. | Avon cologne, it was spray bottle |
| Barbara | Yes |
| Ray G. | What else did he bring in |
| Barbara | Lets see...he had some spoons and forks |
| Ray G. | Some spoons and forks, O.K. alright and what else did he bring in? |
| Barbara | Lets see now...... that all that I can remember |
| Ray G. | O.K. |
| Barbara | That's all that I saw |
| Ray G. | Now what did he bring this in in |
| Barbara | When I woke up he didn't have it in anything, he just started showing it to me, you know, bringing it out of the room, I never did go back into the room |

LCSD-000024

*Ray G——*      *Barbara Jordan*      *J——*

| | |
|---|---|
| Ray G. | Did you ever see him bring it in from outside of the house to the inside of the house. |
| Barbara | No I didn't |
| Ray G. | In other words, the first time  you saw this stuff it was on the inside of the house |
| Barbara | It was on the inside of the house |
| Ray G. | O.K. you don't know how it got on the inside of the house |
| Barbara | No |
| Ray G | O.K. Did anybody come up and bring it to him that you know of |
| Barbara | No |
| Ray G. | The only person that had come up that morning so far was his Uncle Boots.O.K. alright now you saw the two electric blankets, and you saw some cologne, some women's cologne |
| Barbara | And there was a sheet too |
| Ray G. | A sheet |
| Barbara | A pink sheet |
| Ray G. | Alright, and you saw him bring in some spoons and forks O.K., anything else? |
| Barbara | And lets see, yeah, some scarfs |
| Ray G. | Some scarfs, O.K.what else |
| Barbara | I think thats all that I can remember, |
| Ray G. | O.K. |
| Barbara | All that he showed me |
| Ray G. | Alright, now you are sure about this. Which room was he in when he showed you this |
| Barbara | Well he just brought them, he came from back there where the blankets were, he just brought them in where I was and I ask him where he got them from |
| Ray G. | What did he say? |
| Barbara | He said that he had been over to his father's house, said that he got his stuff that he left there a while back |
| Ray G. | Un hum |
| Barbara | And so I started getting worried, and I ask Mack, I said Mack something is wrong and you gotta tell me and he just told not to ask him no questions and he got real mad and I kept feeling real worried about it and I kept asking him questions about it, and he never did tell me but I know it was something |
| Ray G. | You knew that it was something |
| Barbara | Yes cause he had never did this before |
| Ray G. | Un hun, O.K. and then what that was Sunday evening, or was it still before noon on Sunday. The best that you can tell |
| Barbara | Well I had been asking him questions every since Sunday up until yesterday |
| Ray G. | O.K. I understand that, but the stuff that you talked about now that you saw him bring in was Sunday evening, Sunday afternoon |
| Barbara | Yes |
| Ray G. | Alright now, what else took place, tell me all the other coincidences or things of this nature on up until today when you saw us. Tell me about all the rest of it. |
| Barbara | Well.... Monday |
| Ray G. | Nothing else happened Sunday? |
| Barbara | No he didn't show me anything else |
| Ray G. | Sunday |

LCSD-000025

| | |
|---|---|
| Barbara | Sunday |
| Ray G. | Alright so Sunday night do you know where he went |
| Barbara | Sunday night |
| Ray G. | Did he stay home Sunday night? |
| Barbara | ........ |
| Ray G. | Did he leave the house any more Sunday after this |
| Barbara | I believe he went over to his father's house Sunday I believe |
| Ray G. | O.K. |
| Barbara | I think he did, I believe that was Sunday |
| Ray G. | O.K |
| Barbara | And Oh Yes, he said that he was going to get that lady what took us home, to take us to the Welfare office Monday |
| Ray G. | Now what's her name |
| Barbara | Her name, I know her last name is Brown, |
| Ray G. | Mary Brown, |
| Barbara | Yes |
| Ray G. | O.K. so this was Sunday that he went over to Mary Brown's house |
| Barbara | And he said that he was going to ask her to take us to the Welfare Office, which he did |
| Ray G. | And did he come back home? |
| Barbara | Yes |
| Ray G. | Did he leave any more Sunday |
| Barbara | No, not that I know of |
| Ray G. | Alright, then you went to bed Sunday night and woke up Monday morning and what did you all do Monday morning |
| Barbara | Monday Morning I got up and I wash the dishes and we set around and talked a little while and this lady she came and she took us |
| Ray G. | Mary Brown |
| Barbara | And then when we got back we just set around the house and talked for awhile and then he gave me that coin and I think that he gave me that knife too |
| Ray G. | O.K. |
| Barbara | I ask him where did he get it from, and he said do you want, you can have if you want it, just like that, and he never did answer me and I yesterday....let me see what happened yesterday....yesterday I started feeling real worried and crying and I started asking him questions |
| Ray G. | This was yesterday, O.K. now you are talking about August 5 now. |
| Barbara | yes |
| Ray G. | Alright but lets go back to Monday, August 4,1980 |
| Barbara | Yes |
| Ray G. | Monday, did anything take place Monday other than him giving you the knife and coin Monday |
| Barbara | Thats all that he gave me Monday |
| Ray G. | Did you see any other items Monday that was suspicious |
| Barbara | No |
| Ray G. | Was it Monday when you saw him put the two guns up in the attic? |
| Barbara | Yes |
| Ray G. | Alright tell me about that? |
| Barbara | I ask him I said Mack |
| Ray | |

LCSD-000026

| | |
|---|---|
| Ray G. | Where did you first see the guns at? |
| Barbara | When I saw that he had one, I did not see him get it from any where. I just him with it. I was inside of the house |
| Ray G. | He was shooting it on the outside |
| Barbara | Yes |
| Ray G. | Tell me about it |
| Barbara | And I walked to the door and I said Mack, I said, what you doing? Where did you get that from just like that and he did never answer me, he just kept on shooting and I said stop shooting like that cause you might shoot up in a house just like that |
| Ray G. | That was Monday at what time |
| Barbara | Uh.......... |
| Ray G. | About what time |
| Barbara | It was about after three |
| Ray G. | O.K. After three. This was after he had given you the coin and the knife |
| Barbara | Yes |
| Ray G. | O.K. so after you saw him shooting the gun did he bring the gun in the house. Did you see more than one gun on the out side? |
| Barbara | He had just one on the outside, then he came back in the house, and I said Mack don't point that gun towards me cause I am scared, just like that, and I took the baby and put the baby in my lap and he went on in our room and he came back out and he had a different gun |
| Ray G. | A different gun |
| Barbara | Yeah he had a different one from the one he had at first and he went out there and started shooting that one, and so when he got the other one and he was taking them back inside and I followed him |
| Ray G. | O.K. |
| Barbara | You know trying to see where he had them and I look and that when I saw where he was putting them |
| Ray G. | He put them where now, where did you see him put them? |
| Barbara | He put them up in the attic |
| Ray G. | Alright, how far back in the attic did he put them, did he get all the way up in the attic |
| Barbara | No he just put them right up over the line where the clothes is hung, hanging up in the closet |
| Ray G. | Hanging up in that front bedroom |
| Barbara | Un hun |
| Ray G. | O.K. did he put anything else up in the attic other than the two guns |
| Barbara | No I did not see him put any thing else |
| Ray G. | Did anything else suspicious happen Monday after this |
| Barbara | I felt scared and I was setting in the living room and he went and laid across the bed and he stayed in there for a while and ... it came night and we got ready to go to bed |
| Ray G. | O.K., Tuesday, Now we are to Tuesday August 5, what happened Tuesday, that was yesterday |
| Barbara | Yesterday |
| Ray G. | When you all got up, from the time you all got up what happened? |
| Barbara | From the time we got up...well we laid down Monday night, |

LCSD-000027

| | |
|---|---|
| Barbara | I kept a watching him and I started crying and I was real worried and I |
| Ray G | Let me interrupt you...what cell did they put him in |
| Mike | I don't know |
| Ray G. | Go check and see, I don't want him to hear anything we are saying |
| Ray G. | Detective Mordecai is leaving the room to check and see which cell Mack Arthur King has been placed in<br>. . . . . . . . . . . . . . . |
| Ray G. | Go ahead Barbara and tell me what happened Tuesday |
| Barbara | Well yesterday we got up |
| Ray G. | Yesterday you got up at approximately what time |
| Barbara | Oh lets see  mmmmmm   about 7:30 |
| Ray G. | O.K. at about 7:30 |
| Ray G. | O.K. Detective Mordecai is coming back into the room. Alright 7:30, thats in the morning alright, what did you all do when you got up yesterday morning |
| Barbara | Well I got up and washed the dishes, he was still laying there |
| Ray G. | O.K. |
| Barbara | And so I kept a watching him, and every time I would look over where he was, he was watching me and I just went on in the kitchen and I started washing dishes and he started sneaking up behind me, you know, he was putting my hand up around my neck and I felt that he was acting strange then and I |
| Ray G. | He started sneaking up behind you and putting his hands around your neck,one hand or two hands |
| Barbara | Just one |
| Ray G. | O.K. |
| Barbara | You know, he would act like he was playing or something |
| Ray G. | Un hun |
| Barbara | And I  started asking him questions yesterday, this was when I was washing. I started to washing and I ask him and I said Mack, I says I am real worried about something I said, it is something you done did wrong, because I don't know where you done got all of those items from I said but you didn't have no money, just like that And he got real mad and he told me not to ask him no questions, and I just kept on and kept on and he got real mad and he left out of the house. |
| Ray G. | He left out of the house, what time was this? |
| Barbara | He just walked out the back door |
| Ray G. | What time was this? |
| Barbara | It was about ... about 11:30 |
| Ray G. | When was the next time that you saw him after he left the house |
| Barbara | He didn't leave the house, he just walked out the back door |
| Ray G. | Alright then what happened |
| Barbara | Then he came back into the house and he set on that little bed in the kitchen |
| Ray G. | Un hun |
| Barbara | He sat on that and  uh   I said Mack ... you got to tell me something because if you don't  I am going to leave just like that, and he just kept up you know, telling me to don't ask him no questions and stuff like that. So |

LCSD-00028

Ray Gunn    Barbara Jordan    JM Mordecai

| | |
|---|---|
| Barbara | I didn't know what else to do, I mean you know... I .I couldn't talk to him and nothing like that.. and I said if you don't tell me, I'm going to leave just like that he just kept telling me don't ask me no questions at all so this morning |
| Ray G. | Tuesday , did he give you anything Tuesday? |
| Barbara | Tuesday |
| Ray G. | Any items Tuesday?Did he give you anything, any items that he had brought into the house |
| Barbara | Yes he did, |
| Ray G. | What did he give you |
| Barbara | He gave me some necklace |
| Ray G. | Alright what necklace? That necklace that you have on |
| Barbara | This one that I am wearing and two more at the house they are Avon, in a box |
| Ray G. | Alright, could I have that necklace there that you have got on |
| Barbara | Yes he gave me this one.......if I can get it a loose |
| Ray G. | Alright he gave you that necklace that you have on Tuesday |
| Barbara | I got it |
| Ray G. | Alright and he gave you two more necklaces Tuesday you said |
| Barbara | Yeah they are at the house |
| Ray G. | They are Avon necklaces |
| Barbara | Un hun |
| Ray G. | In an Avon box |
| Barbara | Yes it was an Avon box |
| Ray G. | O.K. did he give you anything else |
| Barbara | No not yesterday |
| Ray G. | Not yesterday, O.K. that was all that he gave you yesterday was some necklaces? |
| Barbara | Yeah |
| Ray G. | Alright he didn't say where he got, he wouldn't tell you where he got them |
| Barbara | No I kept asking, I said Mack,where did you get this from he said don't ask me no questions, just like that |
| Ray G. | O.K. and where did he have these necklaces, and where were these necklaces at when he gave them to you |
| Barbara | Well when I came, I went back in the kitchen, and when I came back from the kitchen he was setting on the bed and he just gave me the boxes just like that. And I open the box and I said Mack where did you get these, just like that |
| Ray G. | Alright so this was Tuesday, what else happened Tuesday Did he stay home all day Tuesday? |
| Barbara | No he went over to his father's house |
| Ray G. | Alright, did he walk over there, |
| Barbara | Yea he walked |
| Ray G. | Did anybody come to see him Tuesday? |
| Barbara | Last night we went to wash, |
| Ray G. | Last night you went to wash |
| Barbara | Yeah  lets see... |
| Ray G. | Where did you go wash at? |
| Barbara | This friend of his came by and we paid him to take us, I paid him |
| Ray G. | Which friend, what's his name |
| Barbara | I don't know his name but they call him Jack |

LCSD-000029

| | |
|---|---|
| Ray G. | Jack |
| Barbara | He drives a blue, I believe, L.T.D. he came by and I ask him to take me to the washette, and I said I would pay him and I paid him |
| Ray G. | Alright where did he take you? |
| Barbara | He took us uh.....right down 69, you know where the washette is on the right hand side |
| Ray G. | Right up here at the redlight |
| Barbara | Yes |
| Ray G. | By the Jr. Food Mart |
| Barbara | yes |
| Ray G. | O.K. alright he took you and Mack Arthur both up there |
| Barbara | Un huh |
| Ray G. | And the baby |
| BArbara | Yes |
| Ray G. | Alright now, you washed clothes |
| Barbara | I washed clothes |
| Ray G. | Alright did you wash any clothes that Mack was wearing over the week end? |
| Barbara | No.....I didn't |
| Ray G. | He still had on the same clothes that he wore over the week end |
| Barbara | No he washed his clothes yesterday too |
| Ray G. | He did wash his clothes yesterday. What time yesterday? |
| Barbara | He washed right after I washed, lets see it was about it was approximately, about 1 something |
| Ray G. | Talk louder |
| Barbara | About one something |
| Ray G. | Alright what did he wash? Of his clothes |
| Barbara | He washed that yellow shirt and those green pants that he had on |
| Ray G. | How did he wash them |
| Barbara | He went over to his aunts next door, and he washed them on the rub board |
| Ray G. | On a rub board |
| Barbara | Yes |
| Ray G. | Alright,when he got through washing where did he dry them at? |
| Barbara | He hung them on the line at the house |
| Ray G. | At your house, did he put those same clothes back on this morning? |
| Barbara | Un huh |
| Ray G. | O.K. alright, did you think that this was suspicious of him washing his clothes? |
| Barbara | Well  uh uh sometimes |
| Ray G. | Does he normally do that? |
| Barbara | No |
| Ray G. | Did you not think it suspicious of him washing his clothes like that |
| Barbara | Yes I did, I ask him, I said Mack do you want me to wash your clothes, he said no, I don't want you to wash them I'll wash them myself. And he was just snappy at me all day. |
| Ray G. | Un huh |
| Barbara | And so I just didn't know what had gotten into him. I just started to feeling worried about him. Cause he never did |

LCSD-000030

| | |
|---|---|
| Barbara | this before. You know, he just changed |
| Ray G. | Alright go ahead, what else took place that was suspicious yesterday, Tuesday now, we talking about August the fifth Tuesday. |
| Barbara | And so uh...lets see what I did next. We left to, I went over to his aunt's with him cause I was setting on the porch combing my little boy's |
| Ray G. | While he was washing his clothes |
| Barbara | While he was washing his clothes, I was setting on the porch combing my little boy's hair and when he got ready to go to bring his clothes back to the house to hang them up, he ask me if I was ready to go and I said yeah and so we went on back over to the house and he hung his clothes up. I kept telling him, I said Mack I am worried about something, I don't know what it is, I said but I am worried. And he did not say anything and so he said that he was getting ready to go to his daddy's house and I said O.K. but I noticed him, he kept a watching me, you know, every thing that I do, you know, every thing that I do, he just watch me real close. So he left yesterday evening |
| Ray G. | What time |
| Barbara | Lets see |
| Ray G. | Lets try to go as fast as we can, I would like to get all of this on that one tape and its about to run out |
| Barbara | It was about 4:30, cause he was taking his father's mower back to him and he left and so me and my little boy, was at home and he came back about....about seven or seven ten or something like that, and he had his little neice with him and he came on in the house and I don't know what time it was when Jack came, but he came and I got him to take us to the washette |
| Ray G. | And you all went to wash clothes, that was last night, then what happened  after that |
| Barbara | And then he took us on back home, when we got back home, uh I put my little boy on his clothes and put him in the bed and we kept on telling me, Mack kept on telling me  he wasn't sleepy, and I said I was, and I laid down and when I laid down to go to sleep, I couldn't go to sleep, and I just stayed up for a while, and I was watching him, and just about every time I waked up he was awake |
| Ray G. | Did he leave the house then, |
| Barbara | No |
| Ray G. | Any Tuesday night |
| Barbara | No |
| Ray G. | Did he pull any other items out to show |
| Barbara | No |
| Ray G. | You all findly went to sleep then last night |
| Barbara | Yes |
| Ray G. | Alright you got up this morning and what happened today? |
| Barbara | Well we got up this morning and I was listening to the news |
| Ray G. | Un huh |
| Barbara | And I said Mack every thing is happening now, I say if |
| Ray G. | What did you hear on the news? |
| Barbara | I heard on the news about the kids, they murdered the uh, |

LCSD-000031

| | |
|---|---|
| Barbara | this lady was related to them, I think it said one boy was about eleven and the other one was about nine, something like that, I heard that this morning |
| Ray G. | That some kids murdered somebody related to them |
| Barbara | Yes that is what I heard |
| Ray G. | Alright and you said what now |
| Barbara | Then I said everything is happening, just like that and then he said, yeah just like that. He was setting on the porch the radio was out on the porch and so every time I would say something he would want to argue. You know he never been like this before |
| Ray G. | Un huh |
| Barbara | He snap me up everything, so I just didn't know what else to do, and I just, to day, I just stopped talking to him you know, we went over to the welfare office |
| Ray G. | Alright, today did he give you any other items? Did he give you anything today? |
| Barbara | Yes that pin |
| Ray G. | He gave you that pin |
| Barbara | He gave me that pin |
| Ray G. | And that's the only thing that he gave you today? |
| Barbara | He had that pin and I ask him where did he get it from just like that and it don't matter where I got it from, just like that, and he was going to keep it you know, and he ask me did I want it, and then I said yeah I said if you an't gonna do nothing else with it, just like that And he had another one |
| Ray G. | Another pin |
| Barbara | It was that color |
| Ray G. | Un huh |
| Barbara | And it had lead in it and that one had got ink in it |
| Ray G. | O.K., do you know what he done with that |
| Barbara | NO I don't know what he did with it |
| Ray G. | Alright did you ever see any other items that he had that was strange that you haven't told me about all ready? Alright so today, did any thing else suspicious happen today? You all went to the Welfare Office |
| Barbara | Yes |
| Ray G. | You was gone all day? |
| Barbara | Well when I was in the walfare office, when I come back out side they were gone |
| Ray G. | Who was gone? |
| Barbara | Mack and Ms. Brown |
| Ray G. | Alright do you know where they went? |
| Barbara | No |
| Ray G. | O.K., but they were gone |
| Barbara | They were gone and I went back inside to waite |
| Ray G. | Alright and you waited on them, and they came back, |
| Barbara | And they came back |
| Ray G. | Did you ask them where they had gone? |
| Barbara | No |
| Ray G. | Did they tell you where they had gone |
| Barbara | No |
| Ray G. | So when they came back. Did they pick you up? |

LCSD-000032

| | |
|---|---|
| Barbara | Yes, and we went grocery shopping |
| Ray G. | Alright, who bought the groceries? |
| Barbara | I did |
| Ray G. | Who paid for them |
| Barbara | I did |
| Ray G. | Alright whose money? |
| Barbara | Well they gave me a food order |
| Ray G. | Food stamps |
| Barbara | Food order at the welfare office and I went, and I did grocery shopping |
| Ray G. | And then what |
| Barbara | And then we left and we came on home |
| Ray G. | And that is when you all saw us |
| Barbara | Yes |
| Ray G. | Alright did Mack say anything when he saw us, when he saw the police car? |
| Barbara | Yes he said, well the police is here  and I wonder what they are in my house for, just like that, and so I said Mack, you know you done did something wrong, cause I see the police there, just like that, thats what I said to him |
| Ray G. | What did he say |
| Barbara | And he didn't say anything |
| Ray G. | What did Mary say? |
| Barbara | She did not say anything |
| Ray G. | Alright, is there anything else that you know about that you haven't told us |
| Barbara | No that I know about |
| Ray G. | Did you know Lela Patterson? |
| Barbara | ..No |
| Ray G. | Did you hear about the woman getting killed out on Hudges Road? |
| Barbara | Yeah, I heard that on the news |
| Ray G. | When did you hear that on the news? |
| Barbara | Lets see, I believe that way.....oh goodness...I believe that was Monday |
| Ray G. | Monday |
| Barbara | Yeah, I think it was on the 6:00 o'clock news |
| Ray G. | Do you know if Mack Arthur killed her? |
| Barbara | No |
| Ray G. | Do you know if he knew her? |
| Barbara | Yes, cause he use to mow her yard some time    LCSD-000033 |
| Ray G. | And did mow her yard |
| Barbara | He use to mow her yard some time |
| Ray G. | When was the last time that he mowed the yard |
| Barbara | Well.. I don't know |
| Ray G. | O.K.  how did you know that he use to mow her yard? |
| Barbara | Cause he told me |
| Ray G. | When did he tell you |
| Barbara | I believe about two weeks ago he told me he use to mow her yard sometime and my brother use to mow her yard |
| Ray G. | What brought the subject up |
| Barbara | One day he said, let me see, it was about two weeks ago I believe, might not have been that long, it could have been about a week ago, he told me that he was going to go mow |

| | |
|---|---|
| Barbara | her yard, and he said that she said if she wasn't there just go ahead and mow her yard just like that and so he ask me did I want to walk with him, and I walked on over there with him and she wasn't at home and so we came on back, and he said I am gona go over there tomorrow and mow her yard if your brother don't mow her yard, just like that and he went over there and he said that he had done already mowed her the yard so he came on back home |
| Ray G. | Now which one of your brothers are you talking about? |
| Barbara | Oh, Lawrence, Lawrence Guyton |
| Ray G. | Lawrence Guyton, |
| Barbara | Un huh, he don't live out there |
| Ray G. | O.K. now, have you ever been in Ms. Patterson's house |
| Barbara | No I never been in her home |
| Ray G. | Has Mack Arthur ever been in her house? |
| Barbara | Well, I guess so |
| Ray G. | Why do you guess so |
| Barbara | I never been with him when he went inside, I just went over there with him once |
| Ray G. | Has he ever told you that he went in her house? |
| Barbara | Yes he did |
| Ray G. | When did he tell you he went into her house? |
| Barbara | MMMMM ...about two weeks ago he said he went in there, he said that it was real pretty inside her house |
| Ray G. | Did she invite him in? |
| Barbara | I don't |
| Ray G. | Or did he break in or what |
| Barbara | ........ |
| Ray G. | What did he tell you? |
| Barbara | He told me, he said she invited him in |
| Ray G. | For what? |
| Barbara | She told him to come and uh .. set down |
| Ray G. | You said you don't know if he killed her or not |
| Barbara | No I don't know |
| Ray G. | Did you see Mack Arthur King kill Ms. Patterson? |
| Barbara | No I didn't |
| Ray G. | Was you with him Saturday night when he killed her? |
| Barbara | No |
| Ray G. | You an't never been in her house |
| Barbara | I never been in her house in my life |
| Ray G. | Alright this silver, these forks and spoons that you saw, where are they at? |
| Barbara | They at the house |
| Ray G. | Alright where at the house? |
| Barbara | They is in my uh... in a pitcher where you put Kool aide and stuff in |
| Ray G. | On the sink |
| Barbara | Un huh, yes some of them is mine |
| Ray G. | I saw them today, some of them are yours , some of them are not though |
| Barbara | Unhuh, yeah I just put those in there that he gave me |
| Ray G. | Alright now, did Mack Arthur spend any money lately |
| Barbara | No not that I know of |
| Ray G. | Got any money |

LCSD-000034

| | |
|---|---|
| Barbara | Not that I know of, he did not show me any, and he didn't spend any cause... |
| Ray G. | Mack Arthur had not told you that he killed Ms. Patterson? |
| Barbara | No |
| Ray G. | Has he ever discussed Ms. Patterson's death with you? |
| Barbara | Well, he ask me did I hear it on the news, cause he said |
| Ray G. | When did he ask you this? |
| Barbara | Un... it was Monday because he said that Ms. Brown told him about |
| Ray G. | What Ms. Brown? |
| Barbara | That one |
| Ray G. | Mary Brown |
| Barbara | Yeah |
| Ray G. | Told Mack Arthur about it |
| Barbara | Said that she told him, that polices were in front of her house Sunday morning and he came and told me about it, said that she told him that |
| Ray G. | You know nothing about the death of Ms. Patterson other than what you heard on the news? |
| Barbara | No I don't |
| Ray G. | Is what you told us here in this interview true and correct? |
| Barbara | True and correct |
| Ray G. | Have you told us anything in this interview that is not correct |
| Barbara | true and correct |
| Ray G. | Have you told us anything in this interview that is not true |
| Barbara | No |
| Ray G. | Have you told us the whole truth in this interview? |
| Barbara | Yes I have |
| Ray G. | Is every thing that you told us in this interview been voluntary? Have we forced you to tell us anything? |
| Barbara | No  you haven't forced me  I volunteer. |
| Ray G. | Alright |

LCSD-000035