Willie Porter     DOB: 01/28/31
Rt. 8 Box 331
Columbus, MS.
Date: 08/11/80     Time: 11:43 A.M.     Place: LCSD

Saturday August 2, 1980 I worked at 69 Milling Company until noon. I got off work at noon and walked over to Robert Spruill's house. Robert lives on 69 down from the mill. I got Robert to take me to town. In town I went to A & P Grocery and bought some chicken and pork roast. Robert then took me to the Package Store and I bought a fifth of gin. Me and Robert left the Package Store and went to Sonny Boy Jones' house on Nashville Ferry Road. We talked awhile down there and me and Robert picked up two girls, one named Teen LNU, and Henrieta LNU. We then went to Jessie Hargrow's house. We all got out at Jessie's house. When we got to Jessie's house Mack Arther King, Mary Hargrow, Jessie Hargrow, and Mary's kids were there. We arrived at Jessie's house at approximately 3:30 or 4:00 the afternoon of August 2, 1980. Robert drives a Blue Pontiac Lemans. I went inside Jessie's house and stayed thirty minutes to an hour and when I came back out Mack Arther was gone. That was the last time I saw Mack Arther until 5:45 Sunday morning August 3, 1980. I stayed at Jessie's house

        X Willie Porter

witness: Ray Gunn
witness: [illegible]

LCSD-000047

From Saturday afternoon August 2, 1980 until around 2:00 or 2:30 Sunday Morning August 3, 1980. I left Jessie's house at that time and walked to my house. Nobody left with me, I was alone. I arrived at my house somewhere around 3 a.m. Sunday morning as it takes thirty to thirty five minutes to walk from Jessie's house to my house. When I got home I knocked on the door and my sister Dorothy Porter opened the door for me. I went inside and laid down across the bed until five o'clock Sunday Morning August 3, 1980. I got up and fed the chickens and dogs and about twenty five minutes after five Sunday Morning I left my house and started to Loyd Ferguson's house. I passed Mack Arthur King's house on the way to Loyds and Mack was standing on the front porch of his house. We talked a few minutes what Mack was doing up so early. Mack said he just came from his daddy's house. I asked Mack if his daddy was up yet and he said yes he had to go get him a dram, which is a drink of whiskey. Mack said he had to go to my house and check with John Otis Smith about a transmission. I then left Mack's house and went to Joe Brownlees house. I did not have anything to do with killing Lela Patterson or breaking into her house. I was

x Willie Porter

Witness: [illegible] McCracken
Witness: Ray Harris

LCSD-00048

not with Mack Arther King Saturday night August 2, 1980 except for that short period of time that Afternoon. Robert Spruill and the two girls we picked up at Sonny Boy Jones house left Jessie's house shortly after we first arrived and I haven't seen them since, except I did see Robert Spruill Friday nite just before yall picked me up. Robert brought me home from Pealas Cafe that nite. I have never been inside Lela Pattersons house. The only reason is which I think Mack Arther King would lie about me being with him that nite is because I lied about him when I broke into 69 milling company a while back. I said that Mack Arther King was with me then and he wasn't. Willi Patt

Witness: M mordicai
Witness: Ray Grim

LCSD-000049