

### STATE OF MISSISSIPPI
HALEY REEVES BARBOUR, GOVERNOR
## DEPARTMENT OF HUMAN SERVICES
Donald R. Taylor
EXECUTIVE DIRECTOR

June 6, 2008

RECEIVED
JUN 0 9 2008
BY:

Mississippi Office of Post Conviction Counsel
510-George Street, Suite 403
P.O. Box 23786
Jackson, Mississippi 39225

Attn: Jackie E. Johnson
Paralegal Specialist

RE: In the Youth Court of Lowndes County, Mississippi
    In the Interest of Mack Arthur King
    Cause No. 08-127-1/2

Dear Ms. Johnson:

Pursuant to our conversation of Wednesday June 4, enclosed is copies of case information that from the Lowndes County Department of Human Services, Division of Family and Children Services. The information indicates that services to this family were rendered by our office beginning in July 1966.

Please contact our office if further services are required.

Jessie Davis Koonce, ASWS

Jessie Davis Koonce, LSW
MDHS Area Social Work Supervisor
Lowndes DFCS

DHS-LC 001

## WORK CARD

NAME: King, Tea Vele
Rt. 4, Box 273, Columbus, Miss.

| Appd. Foster Home | Asst. Fam. | Nel.l Asst. Fam. | Case No. 6-21189 | Worker | County Lowndes |

RECEIVED 7-26-66
ASSIGNED 7-27-66
CLOSED

ACTION ON CASE

CHILDREN UNDER CARE

WHEREABOUTS

DPW 16-CWS

MISSISSIPPI

---

## WORK CARD

NAME King, Tea Vele    CASE No. 6-21189    WORKER PC

ADDRESS Rt. 4, Box 273, Columbus, Miss.

TWIN-PART'S WITH    ( ) Approved Foster Home    ( ) Assistance Family    ( ) Non-Assistance Family

RECEIVED 7-26-66
ASSIGNED 7-27-66
CLOSED

ACTION ON CASE

WHEREABOUTS

CHILDREN UNDER CARE
Mannie Pearl
Ethel Pearl
Teresa Ann
McAuthor
Clsaresa
John Wesley

DHS-LC 002

WORK CARD

Mississippi
Form DPW-1.6
Revised 7-1-69

NAME _____ TEA VELE _____
PARENTS NAME _____
ADDRESS _____
WIN PARTICIPANT ( ) I, ( ) II, ( ) III

TWIN-PAKT WITH _____
( ) ADC applicant    ( ) Active ADC    ( ) Former ADC    ( ) Parental ADC    (X) Child Welfare
( ) Opened for service _____    ( ) Change of status _____    ( ) Closed for service _____

ACTION ON CASE

|   | 19__ | | | | | | | | | | | 19__ | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |

WHEREABOUTS

| J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHILDREN UNDER CARE

---

WORK CARD

Mississippi
Form DPW-1.6
Revised 7-1-69

NAME ___ KING, TEA VELE ___
PARENTS NAME _____
ADDRESS _____
WIN PARTICIPANT ( ) I, ( ) II, ( ) III

TWIN-PAKT WITH _____
( ) ADC applicant    ( ) Active ADC    ( ) Former ADC    ( ) Parental ADC    (X) Child Welfare
(X) Opened for service _____    ( ) Change of status _____    ( ) Closed for service _____

ACTION ON CASE

| J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WHEREABOUTS

| J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHILDREN UNDER CARE

DHS-LC 003

PPI
FORM PW-118
1-1-58

## Assignment Slip

Name _Ralph_ _____ _King_  Race _Negro_  Case No. _6-31189_
First        Middle        Last

Address _Route #4  Box 275_

Cross references _____

Source of referral _Mother ( Minnie Black King )_  Taken by _____  Date _7-3-66_

Type of Assistance or Service

| OAA | AB | ADC | APTD | AD | CWS | FH | PAR | PEN | VET.S | SS | MSH | S.BL | CP | OTHER | UNKNOWN |
|-----|----|-----|------|----|----|----|-----|-----|-------|----|-----|------|----|-------|---------|
|     |    |     |      |    |    |    |     |     |       |    |     |      |    |       |         |

Sec. 2 _____

Sec. 3 _____

Intake Worker _____  Date _____

Assigned to _____  By _____  Date _____

Community or directions for reaching the home _____

Request _____

DHS-LC 004

DHS-LC 005

WORK CARD

CHILDREN UNDER CARE

Linda Peal
Ethel Frazer
Teresa Ann
McAuthor
Clarissa
John Wesley

NAME — King, Tea Vele

ADDRESS — Rt. 4, Box 273, Columbus, Miss.

RECEIVED — 7-26-66
ASSIGNED — 7-27-66
CLOSED

Case No. — 6-21189

County — Lowndes

Sec. _____

Father _Talbit King_
Name

Address _____ _____ _____ 73  Type PA Received _Blind_

Mother _Mozell Pearl King_
Name

Address _RI 4 Box 273_  Type PA Received _ADC_

Other _____
Name

Address _____  Relationship _____  Type PA Received _____

Children

| NAME | Birth Date | Sex | Accepted for Service | | Receives PA | | REMARKS |
|------|-----------|-----|------|------|------|------|---------|
| | | | Yes | No | Yes | No | |
| John Wesley King | 12-1-61 | M | X | | | X | ( An Invadess) |
| Esther Pearl King | 12-17-54 | F | | x | | X | |
| Teresa Ann King | 12-3-57 | F | | x | | X | |
| Mattie Lu | | | | | | | |
| Mc Authur King | 6-23-59 | M | | x | | x | |
| Gertrude King | 6-17-63 | F | | x | | x | |

DHS-LC 006

## Assignment Slip

Name _____  Race _____  Case No. _____
First          Middle          Last

Address _____

Cross references _____

Community or directions for reaching the home _____
_____
_____

Request _____
_____

Source of referral _____ Taken by _____ Date _____

Intake Worker _____ Date _____

| Sec. 2 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OAA | AB | ADC | APTD | AD | CWS | FH | PAR | PEN | VET-S | SS | MSH | S.BL | CP | OTHER | UNKNOWN |

Type of Assistance or Service

Sec. 3

Assigned to _____ By _____ Date _____

DHS-LC 007

CASE
HEAD. KING.

CASE No. 6-21189   DATE 7-27-66

Cross Reference (Case No's.)

NAME Tea Vele
MAILING
ADDRESS Rt. 4, Box 273, Columbus, Miss.
COM.
ADDRESS Columbus, Mississippi

BIRTHDATE 10-27-21

SEX-RACE CODE (Circle One) 1 - 2 (3) - 4 - 5 - 6

| FAMILY GROUP | | | |
|---|---|---|---|
| Name | Relationship | Birthdate | Case Numbers |
| Minnie Pearl King | Wife | 1-25-37 | |
| Ethel Pearl King | Daughter | 12-17-56 | |
| Teresa Ann King | Daughter | 12-3-57 | |
| McAuthor King | Son | 6-23-59 | |
| Claresa King | Daughter | 6-17-63 | |
| John Wesley King | Son | 12-1-61 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3374   MISSISSIPPI   MASTER CARD

DHS-LC 008

Mississippi
Form DPW-418A
Revised 10-01-76

_Lowndes_ County

Record of Contact

CASE NAME: _King, Tera V._
CASE # _26-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_

DATE OF CONTACT _12-23-81_

PLACE: Home _____ Office __✓__ Telephone _____ Other _____

With Whom _Mrs. Teresa King_

Purpose and Content of Interview:

Mrs. King came into the office requesting gasoline order to go to Ellisville to pick up her brother (John Wesley King DOB: 12-01-61). Mrs. King stated that John has been in Lakeview at Ellisville since the age of 7.

Worker noted that Mrs. King had talked with Miss Reynolds (SW). Worker wrote gasoline order for 10 gallons and 1 qt. of oil, if needed.

Worker noted in Info & Ref. that Mrs. King had been in the office back in June. At that time she requested gasoline for a trip to Aberdeen. That request was denied.

It is felt that Mrs. King really wants her brother home for the Xmas holidays. She stated that she will have to return him to Ellisville either Jan. 3 or Jan. 4.

What Needs to Be Done:

_Intake_ Worker _B. J. Duncan_

Date _12-23-81_

DHS-LC 009

Mississippi
Form DPW-180A
1-1-70

## REGISTRATION AND ASSIGNMENT SLIP

**SECTION I**

Number _26-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_

County Name: _Lowndes_ County No: _44_ Program: _____ Date of Request: _2-18-76_

Name: _King_ _Tess_ _91_ For-C/O-Name: _____
    Last     First     M.I.          Last     First     M.I.

Address: _Rt 8 Box 318_ _Columbus_ _Miss._ _39701_
    Street, P. O. Box, R. R.     City     State   Zip Code

Race and Sex _3_ Birth Date _10_ _27_ _21_ Account No. _____ Ty._____

Claim No. _____ Ty._____ ADC Service _____ No. of Children _____ Worker_____

**SECTION II**

Request: _Travel_

Source of Referral: _Theresa King_

Directions for Reaching Home: _____

**SECTION III**

Cross Reference: _none_

Receptionist: _CL_      Intake Worker: _MC_

Assigned To: _____ Worker No: _____ By: _____

Date Assigned: _____

Miss King came in on this date to see if we could  anyway help in getting her brother John back to Ellisville. Mrs. Stockman ~~stated~~ that Mr. Eddie Greenlaw was taking another child to Ellisville on the 24th. Mr. Greenlaw was contacted by Mrs. Stockman and he agreed to take this child also on the 24th. He will contact them about the time.

         MC

State Office Use

DHS-LC 0010

MISSISSIPPI
DPW.410
5-1-55

**FACE SHEET**

**CHILD WELFARE SERVICES**

Case No. 6-21189

Date 7-27-66

Tea Vele King
Case Name (Child's Own Family)

Route 4, Box 273
Address

☐ Assistance
☒ Non-Assistance

Assistance Payroll Name

Negro
Race: White, Negro, Other _Negro Negro Negro_

None 327-1925
Telephone Number

| CROSS REFERENCES | |
|---|---|
| NAME | CASE NUMBER |
| | |
| | |

## PARENTS

| NAME AND ADDRESS OR WHEREABOUTS | BIRTH-DATE | RELATION-SHIP | MARITAL STATUS | MARRIAGE DATE | DIVORCE OR DEATH DATE | CLAIM OR SERIAL NO. VA OR OASI | GRADE COM-PLETED | RELI-GION | OCCUPATION |
|---|---|---|---|---|---|---|---|---|---|
| 1. Tea Vele King | 10-27-21 | Father | | July 31, '56 | | | 4th | New Bapt. | Farmer |
| 2. Minnie Pearl King | 1-25-37 | Mother | | | | 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 | | Temple | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |

## CHILDREN IN THE FAMILY

| NAME | WHEREABOUTS IN HOME | WHEREABOUTS OUT OF HOME | UNDER CARE YES | UNDER CARE NO | RELA-TIONSHIP | BIRTH-DATE | BIRTH PLACE | RELI-GION | SCHOOL GRADE | SCHOOL NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Ethel Pearl | x | | | x | Dau. | 12-17-56 | Lowndes | Bapt | 2 | Concord |
| 2. Teresa Ann | x | | | x | Dau. | 12-3-57 | Lowndes | " | 2 | " |
| 3. McArthor | x | | | x | Son | 6-23-59 | Lowndes | " | 1 | " |
| 4. Claresa | x | | | x | Dau. | 8-17-63 | Lowndes | " | | |
| 5. John Wesley | x | | x | | Son | 12-1-61 | Lowndes | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |

## OTHERS IN HOME

| NAME | RELATION-SHIP | MARITAL STATUS | BIRTH-DATE | TYPE ASST. | CLAIM OR SERIAL NO. VA OR OASI | RELI-GION | OCCUPATION |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

## CHILDREN OUTSIDE THE HOME

| NAME | PERSON WITH WHOM LIVING | ADDRESS OF PERSON WITH WHOM LIVING | RELATIONSHIP TO CHILD |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | DHS-LC 0011 | |
| 7. | | | |
| 8. | | | |

3323

KING, Tea Vell
26-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

2-7-71     Mrs. King accompanied by a Head Start worker, came to the office for assistance in going to Ellisville State School to visit their son. According to Mrs. King, they have no car, no regular income. They do receive food stamps. The only asst. we could give would be a tank of gas and a quart of oil. (We had paid Rev. Greenlaw $30 out of Associated Charities but this was for admission and not a continuing practice.)

3-19-71     Mrs. King came in to report they have located someone to drive them to Ellisville for a tank of gas and a quart of oil. An order was given to her. She reported they will bring him home for a two week's visit.

10-20-71     Mr. King came to the Welfare Department because of a letter he had received. He said that Mrs. Hunt wanted to see him. Since Mr. King has a child in Ellisville, the worker felt that Mrs. Mildred Seals, Eligibility Worker, had written Mr. King in order to establish eligibility for Medicaid for the child. Worker contacted Mrs. Seales and learned that this was correct. Therefore we referred Mr. King to Mrs. Seales.

11-08-72     CLOSING ENTRY
Although a 190 was submitted in August 1970, no 190B was ever received and this case has not been entered into the 190 system. Since no further services are indicated, this case is being filed in the closed file with no 190B action.

The case was opened in 1966 for referral of John Wesley King to Ellisville State School. Application forms were submitted and this child was accepted on Sept. 22, 1970.

CASE CLOSED.

AH/paa

Tea Vele King        26-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

September 15. In the absence of the regular worker Mrs. Hunt called the bus station but their schedule did not coincide with the appointed time. Mrs. Hunt talked with Mrs. Sumrall about Associated Charities paying the cost for Rev. Greenlaw to take John Westly to Ellisville and they thought this could be arranged.

When Mrs. Hunt talked with Mrs. King about this, Mrs. King agreed to talk with one of her friends on this current afternoon to see if she could arrange transportation. Mrs. Hunt told Mrs. King that we would get in touch with her on the following Monday.

On the following Monday, Tea Vele King was in the office to get his Food Stamps, and the worker talked to him and he stated they had not made transportation plans. It seemed to the worker that this family was waiting for everything to be done for them and they did not seem willing to make any arrangements for their child to go to Ellisville. Since the family did not make the appropriate transportation plans the worker telephoned Ellisville State School the following morning to let them know that John Westly would not be coming on the current day. Arrangements were then made with Rev. Greenlaw to take John Westly King to Ellisville one week later than the orginial date.

A letter was sent to the King family on 9-15-70 telling them of the chance of plans and asking them to call me on 9-21-70 for details.

9-21-70    Rev. Greenlaw came by the office to get his check for expenses and agreed to visit the King family on the current day to make final arrangements. Mrs. King did not call the worker in the morning as I had requested but did call later during the day and I gave her details for plans regarding the following day.

9-23-70    Rev. Greenlaw telephoned the worker at the worker's request and stated that they did get John Westly King admitted to Ellisville the previous day. He stated he made the trip without difficulty but did have trouble on 9-21-70 locating the King family. He stated it was almost 10:00 before he found them at her mother's.

We expressed our appreciation to Rev. Greenlaw for taking this child and he seemed to be happy that he could do this for the fee he charged.

TRANSFER SUMMARY

The Tea Vele King case was opened in July 1966 with a request that an application be filed with Ellisville State School. The application form was completed and a few services were given to this family while the child was on the waiting list. However, the child was finally accepted at Ellisville State School and was admitted on 9-22-70.

The Kings have 4 other children in the home but they all seem normal and are attending public school at New Hope. Since the child in need of services is now out of the home, we feel this case can be closed when forms come in.

PHC:ak

King, Tea Vele, 1-8-67                                                                                  -5-

10-25-66   While in the community where the Kings live, I stopped by the house to see if the
           mother was able to have the application notarized .  I thought this would help the
           family in speeding up the process in getting the child's name on the waiting list
           at Whitfield.  However, I talked with the mother and learned that she did not have
           the time to get the application notarized on the day before after she left the office.
           She reported that her husband would bring the application by our office the following
           day.

10-26-66   John Wesley's father did bring the application by the office and it was mailed to
           Whitfield on 10-26-66 with a cover letter.

           PHC/er

12-21-66   I made a visit to the King home and found no one there.  A neighbor boy told
           me that he thought that Minnie Pearl King was over on the other road with her
           mother.   I decided to send the Kings a list of the immunizations their retarded
           child will need before he is admitted to Ellisville.  I realize that the waiting
           list is long there but the child does need the immunizations whether or not he can
           be admitted soon.

           PHC/er

-17-67     See letter filed in the case record which was sent to the Tea Vele King family along
           with the list of immunizations John Wesley would need before he would be eligible to
           enter Ellisville.  We have not had further contact with the family since that time.

3-9-67     <u>DIAGNOSTIC SUMMARY</u>

           The Tea Vele King Child Welfare Case was opened 3-27-66 when Minnie Pearl King came to
           the office with the note from the Health Department asking that we help her complete
           application to Ellisville.  I wrote for applications from Ellisville and Whitfield and
           it was decided that fill out the detail form to Ellisville.  This was finally
           completed and returned on October 26, 1966.  During the process of filling out the
           application I contacted the Health Department and learned that the Health Department had
           received a letter which Tea Vele had written to the President of the United States
           complaining because he could not get any help for his retarded child.  I learned that
           this was why the Health Department referred the child to us for services.  I have made
           home visits  periodically to the family and I feel that the child does need to be
           placed in an institution.  However, I have explained to the family that the waiting list
           is long and that we will have to wait until the child can be admitted.  I have
           encouraged the family  to get the needed immunizations so that when the time comes the
           child will not have to be delayed in being admitted because he does not have the
           specified immunizations.

           PHC/er

King, Tea Vele, 6-21189

10-4-66    We received a letter from Mr. Chalmers Lane filed in the case record
advising that the family might like to make application for admission to
Mississippi State Hospital as well as complete the application for admission
to Ellisville State School which enclosed with the letter.

10-5-66    I called Lizzie Gregory at 327-1925 and asked her to let the King family
know that an application had arrived for their child.

10-6-66    The child's father came to the office to learn about the application form.
I assisted the father by writing down the information on the application
blank as he gave it to me. I gave the father the medical form to be filled
out and signed by the doctor and asked him to return these to us as soon as
he had them signed and notarized and I would be glad to return them to
Mississippi State Hospital and to Ellisville. I also told him to ask his wife
to come by our office and cosign the application blank. It seems that this
family is not willing or able to pay for the child's stay at Ellisville or
Whitfield. They own no real property and he farms on his mother's place. Tea
Vele agreed to return the forms to our office as soon as they are completed
after I explained that the child would not be placed on the waiting list until
after the application was filed at the institution.

    PHC/ewb

10-11-66    Minnie Pearl King came by the Welfare Office and signed application forms
to Ellisville. She told me that she had not been able to get the forms to
the doctor to be filled out but was planning to do so on the current date.
I asked Minnie Pearl if her husband had gone by the doctor's office to see
if it were necessary for the child to be seen at the clinic before the forms
were filled out and she said that he did not say that he did. The forms
seem quite detailed and it might be that she will have to bring the child
in at a later date. I encouraged Minnie Pearl to get the forms completed
as soon as possible so that the child could be placed on the waiting list.
She agreed to return the forms as soon as they are completed.
    PHC/nm

10-24-66    Minnie Pearl King brought the medical forms to the office on this date. I
noticed the forms were not notarized and I asked Minnie Pearl who her Justice
of Peace was. She informed me that it was Mr. Pat Patrick and asked her to
take the forms to him, and have them notarized since they would be of no value
without it. When Minnie Pearl left the office about 11:30 a.m. it was her plan
to return the forms to us on the current date so they could be mailed to Ellisville.
However, she did not return the forms on this date.

    PHC/nm

King, Tea Vele,   6-21189                                                    -3-

9-16-66   Minnie Pearl King came by the welfare office with the application form filled
          out for Whitfield. She told me that she had made the trip to Jackson for
          Crippled Children's Services for her child without any trouble. I asked Minnie
          Pearl what she was able to learn about the child's condition and she told me
          the doctor there said the child was not one that should be sent to Whitfield.
          She told me that the doctor suggested that she keep the child in the home and
          give it lot of individual attention. According to the mother's statement the
          child has cerebral palsy.

          While Minnie Pearl was in the office I called Mrs. Watson at the Lowndes County
          Health Department to see if they might have gotten a report on the current date
          concerning John Wesley. Mrs. Watson told me that they had not received a report
          but agreed to share it with us when it comes.

          I told Minnie Pearl if it was all right with her that I would keep the applica-
          tion form in the case record until we received a statement from the examining
          physician concerning the child. Minnie Pearl did not know whether the child would
          be going for further treatment or just what the doctor had in mind for the child.
          We hope to get a report from Crippled Children's Services concerning this child.

          PHC/ewb

9-20-66   We received a report from Dr. Manning, Crippled Childrens Services, concerning
          John Wesley King.  See the report filed in the case record.  Since the report
          stated that the child would be a candidate for admission to Ellisville and I
          had already had some question about whether or not all negro retardees were
          being treated at Whitfield, I decided to write a letter to Mr. Chalmers  Lane
          at Ellisville to clear the matter.  See letter filed in the case record asking
          for an application to Ellisville if the negro children are now being treated
          there.

9-28-66   I made a visit to the home of Tea Vele and Minnie Pearl King to let them know
          that we had had a report from Crippled Childrens Service and they advised that
          the child go to Ellisville.  I told Minnie Pearl that I had written a letter
          to request application form and agreed to call her neighbor when the form arrived
          at our office.  Minnie Pearl seemed pleased that we were trying to help her get
          the child in Ellisville.  While I was in the home I saw the child who does not
          walk nor can he sit alone.  His older sister was  in the home on the day of my
          visit and was caring for the child while the mother pulled up peanuts.  I asked
          the little girl if she was not attending school and she told me that she was but
          had stayed out on the current date to take care of the baby.  The baby seemed
          very friendly and smiled frequently when he looked at me.  The child made no
          sound and drooled an enormous amount while I was in the home.  We plan to help
          this family complete application for Ellisville when the form arrives.

          PHC/mm

King, Tea Vele    6-21189                                                -2-

8-26-66    By phone I talked with Mrs. Watson, County Health Nurse, who informed
           me that Tea Vele King had written to the President of the United States
           concerning his child, John Wesley King. According to Mrs. Watson the family
           had run up some big bills on the child and wanted someone else to pay them
           for them. I told Mrs. Watson that I was not aware that the family had written
           to the President but that we also had a case on the family and I had requested
           an application form for the child to be admitted to the colored section at
           Whitfield.

8-29-66    Mrs. Watson again called me concerning the Tea Vele King case. Mrs. Watson
           reported that she had received a report from Dr. Sanders and he stated that
           he felt that the mother was only wanting to get rid of the child. I told Mrs.
           Watson that the child's mother had been back by our office after she had been
           given the application and had told me that Dr. Sanders wished to get the child
           an appointment in a hospital in Jackson before he signed the forms for him to
           be admitted to Whitfield. Mrs. Watson stated that she planned to write Mr. Bobo
           to get an appointment for the child in Jackson.


           PHC/ewb

9-2-66     Mrs. Watson, County Health Nurse, called and told me that Tea Vele King's
           child had an appointment with the Crippled Children's Services on Wednesday,
           September 14th. Mrs. Watson stated that she had made a visit to the  home
           and the situation was worse than she had thought prior to her visit.  Mrs.
           Watson stated that the Kings would need some assistance in getting transportation
           to Jackson.  I told Mrs. Watson that I thought our Department could advance
           this money to be reimbursed by Crippled Children's Services.

9-12-66    When I returned to the office on this date I found a note dated 9-9-66 saying
           that John Wesley King's mother had been in to see about getting help with
           transportation for the child.

           On the same date, Minnie Pearl came back to the office and we completed the
           necessary forms to advance money for transportation to Jackson on 9-14-66.
           The child's mother told me that she would give us a report when she knew what
           was decided concerning the child.
           PHC/nm

KING, Tea Vele          6-21189                                    1

7-27-66   <u>REFERRAL</u>
          Minnie Pearl King came into the office to talk with the worker about getting
          her son, John Wesley King, born 12-1-61 to the school for the retarded. She
          had a note from the Lowndes County Health Department asking her to see the
          Child Welfare Department for an application to Ellisville. I explained to Mrs.
          King that the retarded negro children now at facilities at Whitfield and
          assured her that I would write for an application and let her know by calling
          a neighbor, Lizzie Gregory at 327-1925, when the application arrived at our
          office.

          Minnie Pearl reported that John Wesley was about six months old before she
          noticed that he was not developing normally. The child cannot feed himself.
          He is not toilet trained and cannot even sit alone. He can, however, be
          propped in a chair and eats most any food the rest of the family does. He
          weighs about thirty pounds and has had one serious convulsion. His mother
          reported that she carried him to Dr. Robinson for treatment when he had
          this convulsion and he gave him medicine to prevent further complications.
          According to Minnie Pearl, the baby was delivered by a mid-wife (Viola
          Davis). During her pregnancy she saw Dr. Hunter a couple of times and had
          no serious complications during pregnancy. The child's mother reported that
          when the child was born the naval cord was wrapped around the child's neck.
          The mother thought that this might be the reason for the retardation. According
          to Minnie Pearl the child is also spastic. I have not seen the child but I
          told the mother that I would be visiting the home as soon as this could be
          arranged.

7-28-66   See letter to Whitfield asking for application.
          PHC/nm

8-3-66    I called Lizzie Gregory and asked her to let her neighbor that he had received
          an application for John Wesley King to be admitted to the section for retarded
          children at Whitfield. Lizzie stated that she would pass the word along.

8-8-66    The child's mother came to the office to pick up the application form. She
          felt that she would have no trouble filling out the form and I pointed out
          that she would need two doctor's signatures before the child could be placed
          on the waiting list. I encouraged the mother to get this completed and returned
          to us as soon as possible so that the child could be placed on the waiting list
          since there was quite a few ahead of him. Minnie Pearl agreed that she would
          try to get the form back to the office by the following Thursday since this was
          the day that the child was to be seen by a doctor.

8-12-66   Minnie Pearl came back by the office and had the blank application form with her.
          She had talked to Dr. Sanders about signing the form and he had refused to do so
          stating that he wanted to first get the child an appointment at a hospital in
          Jackson. I am not sure what hospital he had in mind but he is to make arrange-
          ments for the King child to have an examination as soon as possible. Although
          the King family does not have means of transportation, it was the mother's feeling
          that they might possibly be able to get some friends to take them to Jackson.
          I let Minnie Pearl know that we would be interested in the outcome and assured
          her that if we could help in any way we would be glad to do so.
          PHC/nm

MEMORANDUM FOR USE
OF
ASSOCIATED CHARITIES FUNDS
OR

---

(725's Continue to be necessary)

DATE: _12 - 23 - 81_

EMERGENCY: _____

CASE NO. _26 - 105 - 21 - 4154_
(if one)

WORKER: _B G Dumas_

CLIENT OR FAMILY HEAD: _Teresa King_    AGE OR _24_
BIRTHDATE

ADDRESS: _Rt. 8 Box 401_

TRANSIENT: _NO_ (Yes or No)

Enroute from: _____ to _____.

SOCIAL SECURITY NO. _425 - 19 - 5131_

DRIVERS LICENSE NO. _- 0 -_

CHURCH PREFERENCE: _New Baptist Temple_

INCOME: _ADC $60.00_

SOURCE OF INCOME: _ADC_
(Employment or Financial Assistance)

MEMBERS OF FAMILY:
No. of Adults: _2_
No. of Children: _3_    Ages: _____

SERVICES:        Such as:  Gas order of 10 gallons gas and qt. of oil.
(Be Brief)                 Bus ticket: To _____; Amount: _____
                           Food Order: Amount _____.

_10 gal. of gasoline_
_1 qt. of oil, if needed._

_Mrs. King desires to travel to Ellisville to_
_pick up her brother for the Xmas_
_holidays._

DHS-LC 0024

MISSISSIPPI
FORM DPW-180A
REVISED 03-01-79

## REGISTRATION AND ASSIGNMENT SLIP

SECTION I   *HOLD UNTIL 12/33/82 FOR GASOLINE ORDER*   NUMBER _6_

Name _King, John Wesley_   Date of Request _12-1-81_
     Last   First   Middle

Address _Route 8 Box 401_   _Columbus, MS_
     Street, P. O. Box, R. R.     State   Zip

Request _Service Transportation_   Social Security Number _12-1-61_

SECTION II

Are you applying for ADC for any children age 18 or over? _____ Yes _____ No

Are you applying for or wish to apply for ADC and food stamps for _____ Yes _____ No
the same people?

Are you currently receiving food stamps? _____ Yes _____ No

## SECTION III

Cross Reference _____

Intake Worker _REYNOLDS_   Assigned to: _____

Date Assigned: _____   By: _____
                                 County Director

DHS-LC 0025

Tea Vele King     6-21189                                                      - 8 -

TRANSFER SUMMARY

The King case was opened on 7-6-66 in the interest of John Westly King,
a retarded child who needs placement at Ellisville. The worker helped
the child's father complete application which has been sent to Ellisville.
However, the child has not been accepted and remains in the home of his
parents who reside at Rt. 4, Box 273. Numerous visits have been made to
the home but there seem to be few services that we can render. The worker
has encouraged the family to keep the child's immunizations current so that
he will not be delayed in being accepted at the school when there is a
vacancy. The health department has on file a letter written to the President
of the United States in regard to the lack of services they had been able
to get for John Westley. Mrs. Lucy Watson, county health nurse, is familiar
with this situation.

PHC/mh

7-17-70     See letter in case record from Ellisville regarding date of admission being set
            for John Westly King. On the same day I attempted to telephone Mrs. Watson at
            the Health Department but she was on vacation and I called again on 7-21-70 and
            Mrs. Watson agreed to go to the King Home and give John Westly a Heth test and
            complete a VDRL since the child was so physically incapaciated it would be hard
            to get him to the office. She agreed to see the family on the current day and
            get the reports to me as soon as possible. She thought the report would be
            ready by Friday.

7-24-70     See letter in case record indicating that immunization records were sent to
            Ellisville State School on the same day.

7-29-70     See reply from Ellisville State School requesting further immunization.

            On 7-29-70 the worker also made a visit to the King Home and told them it would not
            be very much longer until John Westley would be going to Ellisville and asked them
            to start making arrangements for transportation for this child so he can go at
            the appointed time. The child's father felt that he might get one of his wife's
            lady friends to take John to Ellisville. The worker agreed to contact him again
            when an admission date is set.

7-31-70     See letter from Ellisville stating that thyrod series are required.

8-4-70      Worker telephoned Mrs. Watson at the Health Department and she agreed to give
            typhoid immunization today and again next month at the King home.

9-2-70      The remaining immunization records were sent to Ellisville State School and by
            return mail we received a letter on 9-8-70 stating that an admission date of
            9-15-70 had been given to John Westly King.

9-9-70      The worker made a home visit to further discuss this with the Kind family so they
            could arrange for transportation on the given date.

            I asked the family to make arrangements and let me know the following Monday if
            they were able to make transportation plans.

9-11-70     On this date Mrs. Minnie Pearl King came to the Welfare Office and reported that
            she did not have any transportation for taking the child to Ellisville on Tuesday,

RECORD OF INTERVIEW

CASE NAME: _Too Wila King_

CASE NO. _26-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_

COUNTY NO. _44_

DATE OF CONTACT: _7-24-70_ and _7-29-70_ ~~home~~

PLACE: HOME✓ _7-29-70_ OFFICE_____ TELEPHONE_____ OTHER ✓ _7-24-70_

WITH WHOM _Health Dept. + T. W. King 7-29-70_

PURPOSE OF INTERVIEW: _Get immunization record and talk with Parents about transportation plans_

ACTIVITIES: _Get immunization record and sent with cover letter 7-24-70_
_7-24-70  Talked with Lea vile who thought he might be able to get a lady friend to take John to Ellisville. worker agreed to contact him again when admission date is set._

_7-31-70 see letter from Ellisville - typhoid series required._
_8-4-70 Telephoned Mrs watson at Health Dept. She agreed to give typhoid today and again next month at King home._

NEXT STEPS FOR FAMILY: _Get transportation for child to Ellisville_

NEXT STEPS FOR WORKER: _Get more medical service + record from Health Dept about September 1, 1970 + send to Ellisville_

_8-11-70  Minnie P. King telephoned worker. Reported child did get one shot. worker explained delay and assured Mrs. King we would contact her when we have word reg: admission date_

WORKER _DHC_

King, Tea Vele        6-21189                                                    7

11-6-68    While the worker was out of the office, the county health nurse Mrs. Watson,
           telephoned concerning the Tea Vele King family.

11-7-68    The worker returned the call to Mrs. Watson and she stated that she had visited
           Tea Vele's mother the previous day and that Tea Vele's mother had told her that
           the King family had gotten a letter in regard to John Wesley being admitted to
           the home that he had been waiting to enter. The worker agreed to go to the
           home to see about the situation the following day.

           When I arrived at the home I found John Wesley lying in bed. He says nothing
           but responds with a smile when the worker talked with him. I mentioned to the
           child's mother the message that we had gotten from Mrs. Watson, and the mother
           stated that they had not gotten a letter. Mrs. King, ~however,~ to call the
           worker when they did receive word from the institution. Mrs. King did not think
           that her husband had gotten a letter and was keeping this news from her. We have
           asked that we be notified when a space is available  for the King child.
           PHC/nm

1-10-69    While Mr. Tea Vele King was in the food stamp office the worker requested
           that he come to our office for a short conference before going home. The
           worker inquired about the report concerning a letter the family may have
           received in November but Mr. King did not know anything about a letter. The
           worker feels sure that Mr. King's mother had confused her own thinking about
           this. Mr. King again stated that he would notify our agency if they receive
           any word from the Mississippi State Hospital concerning John Wesley. We
           tried to assure Mr. King that we were interested in the child and his well
           being and we believe he knows our agency cannot do anything before there is
           a vacancy for the child at the hospital.
           PHC/nm

2-27-69    The worker visited the King Home and talked with Mrs. King about her son.
           John Wesley was in bed as usual and would smile  very cordial at the worker
           when she talked to him. However, he did not respond with any vocal noises.
           The mother reported that the child was doing as well as usual but she would
           be relieved if he could get into an institution.

           PHC/mg

Record of Interview

Date_____

Case Name _Tee Vele King_

Case No. _6-2/189_

County No. _46_

Date of Contact _7-16-70_ — _Letter from Ellisville + Call to Mrs watson - on vacation_
_X 7-21- 70 Telephoned Mrs watson._

Place: Home_____ Office_____ Telephone _✓_ Other_____

With Whom: _Mrs watson — Health Dept._

Purpose of Interview:
_Request Mrs watson go to King home to give tha and VDRL
Since child was so physically ~~test~~ ill. She agreed to see the
family on the current day and get report to me as soon as possible._
Activities: _She thought she could get this done by Friday._

Next Steps for Family:
_make plans to get child to Ellisville._

Next Steps for Worker:
_Send report to Ellisville_

Worker_____

King, Tea Vele,    6-21189                                                    -6-

5-7-68        The worker visited the King home and talked with Tea Vele. He reported that
              his wife is now in Chicago with her ill mother. He further stated that his
              son, John Wesley, was staying with an aunt while the mother was away. Tea
              Vele is caring for the older children in the home and is keeping them in school
              regularly. His wife has been out of the home several weeks.

              The worker inquired if they had been able to complete the necessary immuniza-
              tions for their son and he reported that they had not. He stated that an aunt
              had carried the child to the Health Department but she was told that the mother
              should bring him. The worker pointed out that the aunt might not know all the
              pertinent information and for this reason the Health Department officials may
              have requested the mother to bring the child. Tea Vele thought that they could
              arrange to start the immunizations soon after the baby's mother returns home.
              The Kings are still interested in having their son committed to Ellisville or
              Mississippi State Hospital. Tea Vele reported that his son was doing as well
              as they could expect him to do.
              PHC/nm

9-23-68       We received in our office, a letter dated 9-20-68 from Ellisville State School
              regarding John Wesley King. The form letter signed by Mrs. Rosanne Johnson,
              Social Services Department explained the transfer of children between Whitfield
              and Ellisville and asked that we check our choice of removing John Wesley King's
              application or referring his application to the control admission committee, joint
              waiting list for review and assignment to the appropriate institution. On the
              day the letter was received, the worker requested that the application be placed
              on the waiting list and returned the letter to Ellisville.
              PHC/mg

10-2-68       The worker visited the King home and talked with Mr. King concerning his retarded
              son. Mr. King was picking cotton in a nearby field and told the worker that his
              wife was picking cotton for a neighbor down the road. He expressed his desire
              for her to be there because she was the one who usually gives care to the retarded
              child. However, on the current afternoon she had carried the child to one of her
              sister's while she was picking cotton. Mr. King stated that one of his older
              children had gone to the aunt's on the school bus to bring the child back home.
              The worker mentioned to Mr. King our recent letter from Ellisville State School
              and tried to explain to him the situation. Mr. King did not seem to over anxious
              about the child being placed in an institution but will be relieved when the child
              can be. We have not been able to see John Wesley for some time and we hope that
              he will be in the home when we make our next visit.
              PHC/nm

DHS-LC 0018



**Mississippi Medicaid Commission**
P. O. BOX 5100
JACKSON, MISSISSIPPI 39216
(601) 354-7464

NAME:
ADDRESS:
APPROVAL NUMBER:
DIAGNOSIS NUMBER:

Dear Family or Sponsor:

Based on information submitted by the attending physician this patient has been *medically* approved for thirty (30) days of care in a skilled nursing home. During the first week in the home a plan will be made for the discharge of the patient and every thirty (30) days thereafter the patient will be reviewed by the Utilization Review Committee. The purpose of the review is to determine if the patient continues to need skilled nursing home care. If the committee determines that skilled nursing home care is no longer needed, Medicaid payments must be stopped within thirty (30) days after you have been notified.

In addition to the above procedure the attending physician must certify that the patient continues to need skilled nursing home care. This is done every sixty (60) days. If the physician does not certify that the patient continues to need skilled nursing home care Medicaid payments must be discontinued.

All of the above procedures are required by Federal Regulations.

*Medical* approval for skilled nursing home care is distinct and separate from eligibility and certification requirements of the Department of Public Welfare. If this patient has not met these requirements, you should contact the local Welfare office at once.

Sincerely,

Rufus Johnson, M.D.
Medical Consultant

cc:

DHS-LC 0026

*Department of Public Welfare*

*Jones County*

PHONE 428-1568          P. O. BOX 869

*Laurel, Mississippi 39440*

December 20, 1971

Mrs. Mary Lee Sumrall, Director
Lowndes County Welfare Department
223-22nd Street
Columbus, Mississippi 39701

Re:  King, John Wesley C/M
     B/D 12-1-61
     Taylor, William Theo, Jr. W/M
     B/D 1-10-1964
     Butler, Roger Dale W/M
     B/D 12-24-1960

Dear Mrs. Sumrall:

On August 9 we wrote you referring John King, Roger Butler and William
Theo Taylor for possible ADC.

Please give us the decision on these cases at your earliest convenience.

Thank you for your cooperation.

Sincerely,

James M. Ross
DPW Social Worker
Ellisville State School - Lakeview

JMR/es

cc:  Mrs. Barbara McDonald

December 20, 1971

Mrs. Mary Lee Sumrall, Director
Lowndes County Welfare Department
223-22nd Street
Columbus, Mississippi 39701

Re: King, John Wesley C/M
    B/D 12-1-61
    Taylor, William Theo, Jr. W/M
    B/D 1-10-1964
    Butler, Roger Dale W/M
    B/D 12-24-1960

Dear Mrs. Sumrall:

On August 9 we wrote you referring John King, Roger Butler and William Theo Taylor for possible ADC.

Please give us the decision on these cases at your earliest convenience.

Thank you for your cooperation.

Sincerely,


James M. Ross
DPW Social Worker
Ellisville State School - Lakeview

JMR/es

cc: Mrs. Barbara McDonald

DHS-LC 0028

December 21, 19...

Mr. George Hott McBride
Director Jones County Welfare Department
P.O. Box 568
Laurel, Mississippi 39440

Attention: Mr. James H. Ross
DPW Social Worker
Ellisville State School
Lakeview

RE: King, John Wesley  C/M
Birthdate: 12-03-61
Taylor, William Theo  W/M
Birthdate: 01-10-64
Butler, Roger Dale  W/M
Birthdate: 12-24-60

Dear Mr. McBride:

This is in reply to your letter of December 20, 1971, regarding possible ADC for the above named children.

We have contacted Mr. Tea Nole King, father of John Wesley. He is working full time. Since neither of the parents are disabled, we have been unable to approve them for ADC.

Mrs. William T. Taylor, mother of William Theo, came to the office. She stated her husband was working full time. Neither of them are disabled, therefore we can not approve them for ADC.

We have tried to locate Mr. James Butler, father of Roger Dale. We have a rejected case on Mr. Butler dated September, 1971, because we could not locate him. We have been unable to locate him since receiving your letter. If at a later date we do locate Mr. Butler and can get the family approved, we will notify you.

Sincerely yours,

(Mrs.) Mildred D. Seales
Eligibility Worker

DHS-LC 0029

(Mrs.) Mary Lee Sumrall, Director
Lowndes County Welfare Department

MDS/paa



Ellisville, Mississippi
39437



September 1, 1976

Mrs. Minnie P. King
Rt. 8 Box 319
Columbus, MS 39701

Re: John W. "Jake" King

Dear Mrs. King,

On August 20, 1976, Jake was examined by Dr. Douglas C. Brown, an orthopedic surgeon, who has diagnosed Jake as having windblown hips, a right adductor, and progressive Scoliosis. Dr. Brown feels that Jake may need orthopedic surgery in the future, and may need some orthopedic equipment.

We are going to apply for Cripple Children's Service for Jake, as it will cover any orthopedic surgery or needs that Jake may have. I am enclosing an application for you to complete and return to me as soon as possible.

If you have any questions about the application or Jake, please feel free to contact me.

Sincerely yours,

(Mrs.) Karen Allen
Social and Community Services

KA/bf

Enclosure

cc. Mrs. Margaret Sewell, Social Worker
Lowndes County Welfare Department
223 22nd Street , North
Columbus, MS 39701

DHS-LC 0030

Purchase of Service
November 1, 1973

INDIVIDUAL DATA FORM

1. Name of Individual _John Wesley King_

2. Name of Parent _Jearell King_

3. Address _Route 4 Box 438 Columbus, Ms_

4. Birthdate of Individual _12/1/61_

5. Assistance Status of Individual as Recorded by Contractor:
Current_____ Former_____ Potential _X_ Ineligible_____

6. Income Information:
Per Week $_____ Per Month $_____ Per Year $_2000.00_

7. Categorical Relationships for IV-A:
    a. One or both parents: Death_____
    b. One or both parents: Physical or Mental Incapacity_____
    c. One or both parents: Continued absence from home_____
       (desertion, divorce, separation, mother in training, mother
       employed)
    d. One or both parents: History of_____
       (desertion, alcoholism, incarceration or mental illness within
       past six (6) months)
    e. Child below age of eighteen (18) years _X_

8. Categorical Relationships for Titles I, X, XIV:
    a. At least 64½ years of age (Title I)_____
    b. Experiencing serious, progressive deterioration of sight that,
       as substantiated by medical opinion, is likely to reach the
       level of the Agency's definition within six (6) months.
       (Title X)_____
                        (yes or no)
    c. Experiencing a condition which is likely to result within six
       (6) months in permanent and total disability, according to
       licensed physician's opinion (Title XIV)_____
                        (yes or no)

9. Services currently being rendered to individual and/or family:
_Day care service for the Mentally retarded_
_featuring a program in self-help skills,_
_language, motor, and social emotional_
_development._

10. Contractor's Name: _Ellisville State School_
    Address _Ellisville, Ms_

DHS-LC 0031

# Ellisville State School

CONTROLLED BY THE BOARD OF TRUSTEES OF MENTAL INSTITUTIONS

## Ellisville, Mississippi

39437



April 13, 1971

Mrs. Allie Hunt, Social Worker IV
Lowndes County Welfare Department
223 - 22nd Street North
Columbus, MS   39701

                    Re:  John Wesley King

Dear Mrs. Hunt:

Thank you for your letter concerning the above named.  Jake
has been back at the school for about one week now.  He seems
to have enjoyed his visit home and is doing quite well now.

If we can be of any assistance in the future, please feel free
to contact us.

Sincerely yours,

*Kathryn Smith*

(Mrs.) Kathryn Smith
Social Services Department

DHS-LC 0032

December 22, 1971

Mr. George Mutz McBride
Director Jones County Welfare Department
P.O. Box 369
Laurel, Mississippi 39440

Attention: Mr. James M. Long
DPW Social Worker
Ellisville State School
Lakeview

RE: King, John Wesley C/M
Birthdate: 12-03-61
Taylor, William Theo W/M
Birthdate: 01-10-66
Butler, Roger Dale W/M
Birthdate: 12-24-60

Dear Mr. McBride:

This is in reply to your letter of December 20, 1971, regarding possible ADC for the above named children.

We have contacted Mr. Tea Vele King, father of John Wesley. He is working full time. Since neither of the parents are disabled, we have been unable to approve them for ADC.

Mrs. William T. Taylor, mother of William Theo, came to the office. She stated her husband was working full time. Neither of them are disabled, therefore we can not approve them for ADC.

We have tried to locate Mr. James Butler, father of Roger Dale. We have a rejected case on Mr. Butler dated September, 1971, because we could not locate him. We have been unable to locate him since receiving your letter. If at a later date we do locate Mr. Butler and can get the family approved, we will notify you.

Sincerely yours,


(Mrs.) Mildred D. Seales
Eligibility Worker


(Mrs.) Mary Lee Tunnell, Director
Lowndes County Welfare Department

DHS-LC 0033

MDS/pas

Miss, DPW
Purchase of Service
November 1, 1973

INDIVIDUAL DATA FORM

1. Name of Individual ___John Wesley King___

2. Name of Parent ___Isabell King___

3. Address ___Route 4 Box 438, Columbus, Ms___

4. Birthdate of Individual ___12/1/61___

5. Assistance Status of Individual as Recorded by Contractor:
   Current_____ Former_____ Potential __X__ Ineligible_____

6. Income Information:
   Per Week $_____ Per Month $_____ Per Year $ _2000.00_

7. Categorical Relationships for IV-A:
   a. One or both parents. Death_____
   b. One or both parents: Physical or Mental Incapacity_____
   c. One or both parents: Continued absence from home_____
      (desertion, divorce, separation, mother in training, mother
      employed)
   d. One or both parents: History of_____
      (desertion, alcoholism, incarceration or mental illness within
      past six (6) months)
   e. Child below age of eighteen (18) years ____X____

8. Categorical Relationships for Titles I, X, XIV:
   a. At least 64½ years of age (Title I)_____
   b. Experiencing serious, progressive deterioration of sight that,
      as substantiated by medical opinion, is likely to reach the
      level of the Agency's definition within six (6) months.
      (Title X)_____
                        (yes or no)
   c. Experiencing a condition which is likely to result within six
      (6) months in permanent and total disability, according to
      licensed physician's opinion (Title XIV)_____
                        (yes or no)

9. Services currently being rendered to individual and/or family:
   ___Day care service for the Metally retarded___
   ___featuring a program in self-help skills,___
   ___language, motor, and social emotional___
   ___development.___

10. Contractor's Name: ___Ellisville State School___
    Address ___Ellisville, Ms___

DHS-LC 0034



Ellisville, Mississippi
39437



September 1, 1976

Mrs. Minnie P. King
Rt. 8 Box 319
Columbus, MS  39701

Re:  John W. "Jake" King

Dear Mrs. King,

On August 20, 1976, Jake was examined by Dr. Douglas C. Brown, an orthopedic
surgeon, who has diagnosed Jake as having windblown hips, a right adductor,
and progressive Scoliosis.  Dr. Brown feels that Jake may need orthopedic
surgery in the future, and may need some orthopedic equipment.

We are going to apply for Cripple Children's Service for Jake, as it will
cover any orthopedic surgery or needs that Jake may have.  I am enclosing
an application for you to complete and return to me as soon as possible.

If you have any questions about the application or Jake, please feel free
to contact me.

Sincerely yours,

(Mrs.) Karen Allen
Social and Community Services

KA/bf

Enclosure

cc.  Mrs. Margaret Sewell, Social Worker
     Lowndes County Welfare Department
     223 22nd Street , North
     Columbus, MS  39701

April 12, 1971

Mrs. Kathryn Smith
Social Services Department
Ellisville State School
Ellisville, Mississippi 39437

Re: John Wesley King

Dear Mrs. Smith:

On March 14, 1971 Mrs. Tee Vele King came to our
office for our agency's assistance in their transpor-
tation to Ellisville for a visit with John Wesley King.
We gave her a purchase order for a tank of gas and quart
of oil. She indicated at the end of the interview that
they were going to bring him home for a two weeks visit.

This family live about fifteen miles from the office. I
called a neighbor to learn if they took John Wesley back.
She reported he was still at home.

Please do not give his bed to someone else. We will make
every effort to have the parents bring him back in the near
future. These parents are limited mentally and are not capable
of planning very far ahead.

Please be assured of our cooperation.

Sincerely,

*(Mrs.) Allie Hunt*

(Mrs.) Allie Hunt, Social Worker IV

(Mrs.) Mary Lee Sumrall, Director
Lowndes County Welfare Department
AH/ewb
cc: Mrs. Widegren, District Supervisor F&CS

DHS-LC 0036

# AUTHORIZATION FORM

DHS-LC 0037



# Ellisville State School

CONTROLLED BY THE BOARD OF TRUSTEES OF MENTAL INSTITUTIONS

## Ellisville, Mississippi

39437



October 1, 1970

Mrs. Tea Vell King
Route 4, Box 248
Columbus, Mississippi   39701

Re:  John Wesley King

Dear Mrs. King:

I checked on Jake today and his housemother, Mrs. Henry, reports
that he is doing just fine. He has adjusted to his dormtiory very
well. He has a good appetite and is sleeping soundly.

If we can be of any further help to you, please let us know.

Sincerely,

(Mrs.) Kathryn Smith
Social Services Department

cc:  Mrs. Phyllis H. Clemmons, Social Worker

DHS-LC 0038

September 15, 1970

Mr. TeaVele King
Route 4, Box 273
Columbus, Mississippi, 39701

Dear Mr. King:

Since you were not able to arrange for transportation to get John Westley to Ellisville State School on September 15, 1970, I have asked for another appointment date. John Westley is to be at the school between 9:00 and 9:30 AM on Tuesday, September 22, 1970. Please have all his clothes and personal items packed so this appointment can be kept.

If you will telephone me on Monday morning, September 21, 1970, I will be able to let you know who will come for John Wesley and one Parent the following morning and let you know what time to be ready to leave your home in order to be at Ellisville at the appointed time.

If you have any questions about this matter or if we can be of further service to you, please let us know.

Sincerely,

(Mrs.) Phyllis H. Clemmons
Social Worker II (F&CS)


(Mrs.) Mary Lee Sumrall
Director

PHC:ak

cc: Mrs. Widegren

DHS-LC 0039

September 10, 1970


Mr. Chalmers Lane, Director
Ellisville State School
Ellisville, Mississippi   39437

Attention: Mrs. Kathryn Smith, Social Services Department

Re: John Westly King

Dear Mr. Lane:

As requested, we are forwarding John W. King's birth
certificate State File #123-57714. He is not taking
any permanent medication.

Plans are being made to keep the September 15th, appoint-
ment.

Thank you for making this child's admission possible.

Sincerely,



(Mrs.) Phyllis H. Clemmons
Social Worker II (F&CS)



(Mrs.) Mary Lee Summall, Director
Lowndes County Welfare Department

PHC/ewb

cc: Mrs. Widegren, District Supervisor F&CS

DHS-LC 0040



# Ellisville State School

CONTROLLED BY THE BOARD OF TRUSTEES OF MENTAL INSTITUTIONS

## Ellisville, Mississippi
39437



September 5, 1970

Mrs. Phyllis H. Clemmons, Social Worker
Lowndes County Welfare Department
223 - 22nd Street North
Columbus, MS   39701

                        Re:  John Wesley King

Dear Mrs. Clemmons:

Thank you for forwarding the remaining immunization record on the
above named.  Arrangements are being completed to admit John Wesley
on September 15, between 9:00 and 9:30 a. m.  The initial admission
process will began at the Administration Building, located to the
left of the main entrance gate.

There has been a couple of new pre-admission requirements added and
we will need a copy of his birth certificate and a copy of any
prescription of a permanent medication if he is taking any.  These
copies need to be forwarded to us before his admission date.

If the above appointment is not convenient, please feel free to
request another.

Sincerely,

(Mrs.) Kathryn Smith
Social Services Department

DHS-LC 0041

Mississippi
Form DPW-808
Revised 7-1-69

## ACTION ON ADC, CHILD WELFARE AND OTHER SERVICES CASES

County _____ Tornado _____ No. __

Case Number ____ 6-077 ___

Case Name ____ Doe  John  Mrs. ___

Date ____ 7-1-69 ___

### PART I.   ADC SERVICE  CASES AND CHILD WELFARE SERVICE CASES

| A<br>Case<br>Action | B<br>Case<br>Code | C<br>Social<br>Worker | D<br>Number<br>Children | E<br>From<br>County | F<br>Case<br>Number | G<br>To<br>County | H<br>Case<br>Number |
|---|---|---|---|---|---|---|---|
| Enter ap-propriate code from back of form | 1. ADC applicant<br>2. Active ADC<br>3. Former ADC<br>4. Potential ADC<br>5. Child Welfare | 1. Family and Children's Service<br>2. General County | Enter number of children | Enter county code of county from which case or child(ren) only received | Enter case number under which services given in county from which case or child(ren) only received | Enter county code of county to which a case or child(ren) only transferred | Enter case number assigned in county to which a case or child (ren) only transferred. |
| 01 | 5 | 1 | 1 | | | | |

| I |
|---|
| Case Number Changed From |
| |

### PART II.   OTHER SERVICES ONLY PROGRAM

| A<br>Case Action | B<br>Type Case |
|---|---|
| 10. Accepted<br>20. Closed<br>30. Accepted and closed | 1. Blind Rehabilitation<br>2. Other Blind Services<br>3. War Veterans<br>4. Selective Service<br>5. Mississippi State Hospital<br>6. Confederate Pensions<br>7. Other Social Services  (Specify) |
| | |

DHS-LC 0042

Phyllis Clemmons
Worker to whom case assigned

_Mary Lee Dumroll_
Agent's Signature

Sept
August 2, 1970


Mr. Chalmers Lane, Director
Ellisville State School
Ellisville, Mississippi 39437

Attention: Mrs. Rosanne Johnson

Re: John Wesley King

Dear Mr. Lane:

We are returning John Wesley King's immunization record. You will
note the child has had red measles and his typhoid series has been
completed. If you need further information before admission date,
please let us know.

Thank you for assisting us.

Sincerely,

*Phyllis H. Clemmons*

(Mrs.) Phyllis H. Clemmons
Social Worker II (F&CS)


(Mrs.) Mary Lee Sumrall
Director

PHC/mh

cc: Mrs. Widegren

Enclosure: Certificate of immunization



# Ellisville State School
### CONTROLLED BY THE BOARD OF TRUSTEES OF MENTAL INSTITUTIONS
## Ellisville, Mississippi
#### 39457



July 29, 1970

Mrs. Phyllis H. Clemmons
Social Worker II
Lowndes County Welfare Department
223 - 22nd Street North
Columbus, Mississippi 39701

Re: John Wesley King

Dear Mrs. Clemmons:

Thank you for forwarding the immunization report of John Wesley King. We noted that he had not yet been given the typhoid immunization. This must also be complete before an admission date can be set. In addition, the report did not state whether he had had red measles or German measles. For school requirements, we must know whether he has had the red measles or needs red measles vaccine.

We appreciate your cooperation in arranging for John's immunizations. As soon as we receive these additional reports we will set an admission date for him. If we can be of any further assistance in the meantime, please do not hesitate to call on us.

Sincerely yours,

(Mrs. )Rosanne Johnson
Social Services Department

July 24, 1970

Mr. Chalmers Lane, Director
Ellisville State School
Ellisville, Mississippi 39427

Attention: Mrs. Kathy Smith
Social Services Department

Re: John Wesley King

Dear Mr. Lane:

We are delighted that you can set an admission date for
John. Please advise us when this has been done.

We are enclosing current immunization records for this
child.

Thank you for your cooperation in this matter.

Sincerely,


(Mrs.) Phyllis H. Clemmons
Social Worker II (F&CS)


(Mrs.) Mary Lee Sumrall, Director
Lowndes County Welfare Department

PHC/ewb
Encl: 1

cc: Mrs. Widegren

DHS-LC 0045

ssippi
DPW-808
sed 12-1-57

County ___ **Lowndes** ___ Code No. ___ **44** ___
Case Number ___ **6-21189** ___
Date ___ **7-26-66** ___
State Office Use Only ___

REPORT OF ACTION ON SERVICE CASE

ʟ.) CHILD WELFARE CASE:

Case Name ___ **King** ___ **Tea** ___ **V.** ___
(Print or Type)   Surname   First Name   Middle Initial

1. Accepted:
   ( ) Assistance family case with _____ children
   (X) Non-assistance family case with ___ **1** ___ children

2. Transferred into county:
   ( ) Assistance family case with _____ children
   ( ) Non-assistance family case with _____ children

   Received from _____ County     Former Case Number _____

3. Closed:
   ( ) Assistance family case with _____ children
   ( ) Non-assistance family case with _____ children

4. Transferred to another county:
   ( ) Assistance family case with _____ children
   ( ) Non-assistance family case with _____ children

   Transfer to _____ County

5. Transferred between child welfare staff and general county staff within county:
   ( ) Assistance family case with _____ children
   ( ) Non-assistance family case with _____ children

6. Change of Status:  (assistance to non-assistance or vice-versa; change in number of children in case)

   FROM:                                          TO:

   ( ) Assistance case with _____ children      ( ) Assistance case with _____ children
   ( ) Non-assistance case with _____children       ( ) Non-assistance case with _____children

B. SERVICE PROGRAM:                              Accepted              Closed

1. Blind Rehabilitation
2. Other Blind Services
3. War Veterans
4. Selective Service
5. Mississippi State Hospital
6. Confederate Pensions
7. Other Social Services

_Phyllis A. Clemmons_   **Visitor II** **(CW)**
Worker to Whom Case is Assigned            Title

_Emmy Lee Sewell_
Agent's Signature

DHS-LC 0046



# Ellisville State School

CONTROLLED BY THE BOARD OF TRUSTEES OF MENTAL INSTITUTIONS

## Ellisville, Mississippi

39437



July 15, 1970

Mrs. Phyllis H. Clemmons, Visitor II
Lowndes County Welfare Department
223 - 22nd Street North
Columbus, MS  39701

Re:  John Wesley King

Dear Mrs. Clemmons:

We are making arrangements to accept the above named for admission.  Before arrangements can be finalized we will need a current immunization report.

This report should include oral polio, typhoid, smallpox, diphtheria - tetanus, red measles (Rubeola), VDRL and HEAF. Also we need a copy of his birth certificate.  This does not have to be a certified copy.

As soon as these reports are received we will schedule John's admission date.

Sincerely,

(Mrs.) Kathy Smith
Social Services Department

DHS-LC 0047



# Ellisville State School
CONTROLLED BY THE BOARD OF TRUSTEES OF MENTAL INSTITUTIONS
## Ellisville, Mississippi
39437



March 5, 1969

Mrs. Phyllis H. Clemmons, Visitor II
Lowndes County Welfare Department
223 - 22nd Street North
Columbus, Mississippi 39701

Re: John Wesley King

Dear Mrs. Clemmons:

The Central Admissions Committee has completed its review of all applications on the waiting lists of Ellisville State School and Mississippi State Hospital Mental Retardation Annex. Your application has been referred to Ellisville State School for service.

Admission to the institution will be governed by the space which is available. You will be contacted concerning an admission date when suitable space becomes available.

If we can be of any further help to you, please let us know.

Sincerely,

Chalmers Lane
Director

DHS-LC 0048

January 17, 1967


Mr. and Mrs. Tea Vele King
Route 4, Box 273
Columbus, Mississippi

Dear Mr. and Mrs. King:

I am sending you an attached list of immunizations John
Wesley will need to have completed before an admission
date is set at Ellisville. Of course, with the long
waiting list we cannot hope for immediate admission but
it would be good to keep all John's immunizations up to
date so that when the time comes for him to go this will
not be a problem.

I am looking forward to seeing you in the near future.

Sincerely,



(Mrs.) Phyllis H. Clemmons
Visitor II (CW)


(Mrs.) Mary Lee Sumrall, Agent

PHC/ewb

cc: Mrs. Widegren


DHS-LC 0049

October 26, 1966

Mr. Chalmers Lane, Director
Ellisville State School
Ellisville, Mississippi

Re: John Wesley King, C/M
Birthdate: 12-1-61

Dear Mr. Lane:

We are returning a completed application form for the above
named child. We understand that there are approximately 170
applicants on the waiting list. Please let us hear from you
when space is available for John Wesley. Thank you.

Sincerely,

*Phyllis H. Clemmons*

(Mrs.) Phyllis H. Clemmons
Welfare Visitor II (CW)

(Mrs.) Mary Lea Sumrall, Agent

PHC/ewb

cc: Mrs. Widegren

John Westley King          M      C      12-1-61

       Minnie Pearl King

Rt. 4, B. 273, Columbus, Miss.          Lowndes

    Spastic

9-14-66--Dr. Manning
This child was referred to this clinic by Dr. Sanders in Columbus, Miss. I
certainly do not see anything that we could do for this boy so far as treatment
is concerned. So far as I can see, he has no head or trunk balance, at least
none was demonstrated today. He does not appear to have ability to use either
upper extremity, although do not think his intelligence is as poor as some children
that we see here. They are primarily interested in having him admitted to Ellis-
ville State School and they will need to handle this through the local Welfare
Department. Crippled Children's Service will be glad to send them a resume of his
record. So far as I can see he would be a canidate for admisstion to Ellisville.

CC: Dr. Sanders

DHS-LC 0051

John Westley King             M      C        12-1-61

        Minnie Pearl King

Rt. 4, B. 273, Columbus, Miss.             Lowndes

    Spastic

9-14-66--Dr. Manning
This child was referred to this clinic by Dr. Sanders in Columbus, Miss. I
certainly do not see anything that we could do for this boy so far as treatment
is concerned. So far as I can see, he has no head or trunk balance, at least
none was demonstrated today. He does not appear to have ability to use either
upper extremity, although do not think his intelligence is as poor as some children
that we see here. They are primarily interested in having him admitted to Ellis-
ville State School and they will need to handle this through the local Welfare
Department. Crippled Children's Service will be glad to send them a resume of his
record. So far as I can see he would be a canidate for admisstion to Ellisville.

CC: Dr. Sanders

DHS-LC 0052

[illegible faded document text]

DHS-LC 0053



# Ellisville State School

CONTROLLED BY THE BOARD OF TRUSTEES OF MENTAL INSTITUTIONS

## Ellisville, Mississippi



October 3, 1966

Mrs. Phyllis H. Clemmons, Visitor II
Lowndes County Department of Public Welfare
702 Second Avenue North
Columbus, Mississippi

                              Re:  John Wesley King

Dear Mrs. Clemmons:

     As requested in your letter of September 28, we are forwarding
herewith an application for admission to the Ellisville State School,
along with instructions for filling out same.

     We cannot encourage you to hope for an early admission due to the
fact that we have very limited dormitory space and a waiting list of
approximately 170 applicants.  Some of these applications have been
on file for as long as two years.  In view of this, the family might
also like to make application for admission to Mississippi State
Hospital.

     When we receive the completed application it will be placed in our
pending file and the applicant's name added to our waiting list to be
considered as space is available.

     If you have further questions, feel free to contact us.

                              Sincerely,

                              *Chalmers Lane*

                              Chalmers Lane
                              Director

js

Enclosure

DHS-LC 0054

September 28, 1966

Mr. Chalmers Lane, Superintendent
Ellisville State School
Ellisville, Mississippi

Re: John Wesley King, C/M
    b/d 12-1-61

Dear Mr. Lane:

We are interested in getting treatment for the above named child. Previously we requested an application from Whitfield for a retarded child. Before the application was completed, a local physican referred the child to Crippled Children's Service. On 9-14-66 Dr. Manning of Crippled Children's Service recommended that this child be given treatment at Ellisville.

It is my understanding that all negro children are treated at Whitfield. Could you clear this confusion for us? If the negro children are now being treated at Ellisville, please send us an application form at your earliest convenience.

Thank you for this service.

Sincerely,

*(Phyllis H. C Clemmons)*

(Mrs.) Phyllis R. Clemmons
Visitor II (CW)


(Mrs.) Mary Lee Sumrall, Agent
LOWNDES COUNTY WELFARE DEPARTMENT

PHC/er

CC: Mrs. Widegren

DHS-LC 0055



DEPARTMENT OF EDUCATION
J. M. TUBB, SUPERINTENDENT



DIVISION OF CRIPPLED CHILDREN'S SERVICE
W. P. BOBO, ADMINISTRATIVE DIRECTOR
P. O. BOX 14
JACKSON, MISS. 39205

TRANSPORTATION REQUEST
To Attend
CRIPPLED CHILDREN'S SERVICE
Clinic or Hospital

PATIENT _John Wesley King_ COLOR _Negro_ SEX _M_ BIRTHDATE _12-1-61_

ADDRESS _Route 4, Box 273 Columbus, Miss._ COUNTY _Lowndes_

PARENTS _Mr + Mrs. Lea Vele King_ Address _Route #4 Box 273 Columbus_

RAILROAD OR BUS TICKET (Round-Trip)*

FROM _Columbus, Mississippi_ TO _Jackson_ $ _4.10_

ATTENDANT, IF REQUIRED: FROM _Columbus_ TO _Jackson_ $ _8.10_

TOTAL $ _12.20_

This is to certify that I (we), the parent (s) of _John Wesley King_
are financially unable to provide transportation for our child to attend Crippled
Children's Service Clinic (Hospital) and have not been able to obtain assistance
from any other agency or individual re transportation.

_Minnie Pearl King_
Signature of Parents

Money advanced by _Lowndes Co. Welfare Dept._ DATE OF CLINIC _September 14, 1966_
                  Name

_702 - 2nd Avenue North    Columbus, Mississippi_
                  Address

Verified by_____ Health Department
                  Name

_Phyllis H. Clemmons, Visitor_ of (CW) Welfare Department
                  Name

_____ Employer or other
                  Name

* Payments will be made following check of clinic attendance.

APPROVED:
NOT APPROVED:                                    DHS-LC 0056
REMARKS:

September 12, 1966

Mr. J. W. Campbell
Continental Trailways
Columbus, Mississippi

Re: Mr. Tea Vele King

Dear Sir:

Please issue at charity rates one adult and one child's round trip tickets to Jackson, Mississippi, tax exempted. The bearer of this note is an indigent person.

Thank you for your cooperation in this matter.

Sincerely yours,

(Mrs.) Phyllis H. Clemmons
Visitor II (CW)

(Mrs.) Mary Lee Sumrall, Agent

PHC/nm

DHS-LC 0057



# MISSISSIPPI STATE HOSPITAL

Dr. W. L. Jaquith, *Director*



WHITFIELD, MISS.

August 22, 1966

OFFICE OF
THE DIRECTOR

Mrs. Phyllis Clemmons
Department of Public Welfare
702 Second Avenue North
Columbus, Mississippi

Re: John Wesley King

Dear Mrs. Clemmons:

I have your letter of July 28.

I am enclosing an application blank which I trust you will have signed
by two local physicians who have examined this patient. Please complete
the blank in detail and return it to me at your earliest convenience.
We will then place this patient on our waiting list. There are quite a
few male retardees ahead of this particular case and I must inform you
that there is no prospect of immediate admission.

If there is any further service I may render, please let me know. With
kindest regards and all good wishes to you, I am

Yours sincerely,

W. L. Jaquith, M.D.
Director

WLJ/bc

Enclosure

DHS-LC 0058

July 28, 1966

Dr. W. L. Jacquith, Director
Mississippi State Hospital
Whitfield, Mississippi

Re:  John Wesley King, C/M
     Born:  12-1-61

Dear Dr. Jacquith:

The above named child is apparently severely mentally retarded
and we are requesting application for admission to Whitfield.

Thank you for this service.

Sincerely,



(Mrs.) Phyllis Clemmons
Visitor II (Child Welfare)

(Mrs.) Mary Lee Sumrall, Agent

PC/nm


Please complete the attached application blank and have two licensed Mississippi practicing
physicians to sign and return the application blank to us and we will then place the patient on
the Waiting List and let you know when we have a bed available.

DHS-LC 0059