# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MACK ARTHUR KING**                                                                 **PETITIONER**

**vs.**                                                        **CIVIL ACTION NO.: 1:10CV7-A**

**CHRISTOPHER EPPS, ET AL.**                                                  **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Opinion and Order issued today in the above-referenced cause, relief on Petitioner's clam that he is exempt from execution due to the presence of mental retardation is **GRANTED**, and this Court will issue a Writ of Habeas Corpus unless, within sixty days of the date the Judgment in this case becomes final, the State of Mississippi vacates Petitioner's death sentence and imposes a sentence less than death. All other federal habeas corpus relief requested by Petitioner is **DENIED**, and the remaining claims in the petition are **DISMISSED** with prejudice. All pending motions are **DISMISSED** as moot.

**SO ORDERED** this the 26th day of March, 2013.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**